UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al. :
:
    Plaintiffs, :
:
v. : Case No.: 06-179 (RWR)
:
:
HYATT REGENCY WASHINGTON :
:
    Defendant. :

## PRAECIPE

THE CLERK OF THE COURT will please enter the appearance of Christopher E. Hassell, Esquire of Bonner Kiernan Trebach & Crociata, LLP and Christine S. Ramapuram, Esquire of Bonner Kiernan Trebach & Crociata, LLP as counsel of record for Hyatt Regency Washington and remove Stephen M. Seeger, Esquire of Quagliano & Seeger, P.C. and Michael Zisa, Esquire of Quagliano & Seeger, P.C. as counsel for the Defendant Hyatt Regency Washington with respect to the above-captioned matter.

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Christopher E. Hassell, Esq., #291641
Christine S. Ramapuram, Esq. #492391
1250 Eye Street, NW, Suite 600
Washington, DC 20005
(202) 712-7000
(202) 712-7100 (f)

**QUAGLIANO & SEEGER, P.C.**

_____
Stephen M. Seeger, Esq., #431258
Michael Zisa, Esq., #467724
2620 P Street, NW
Washington, DC 20007
(202) 822-8838
(202) 822-6982 (f)

145178-1

145178-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Harold B. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC  200366

_____
Christopher E. Hassell