IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
(Civil Division)

John Park, et. al.

        Plaintiffs,

v.

Hyatt Regency Washington

        Defendant

Civil Action No.: 06-179 RWR
Judge Richard W. Roberts
Next Event: Status Conference
3/30/06

### POINTS AND AUTHORITIES INOPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNTS II- VII OF PLAINTIFF'S COMPLAINT

COMES NOW plaintiffs, by and through counsel, The Law Offices of Harold Brazil & Associates, P.C., and opposes defendant's Motion To Dismiss Counts II –VII of Plaintiff's Complaint because defendant failed to set forth reasons in support of its motion within the required time. See Federal Rules of civil Procedure, Rules 12 and 81(c ).

**WHEREFORE**, for the forgoing reasons, the Court should deny defendant's motion.

Respectfully submitted,

*Law Office of Harold Brazil & Associates, P.C.*

Harold Brazil   #190124
1828 L Street, N.W., Suite 500
Washington, D.C. 20036
(202) 429-1727  FAX  429-1728
brazillaw@msn.com
*Attorney for Plaintiff*

1

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
(Civil Division)

John Park, et. al.

        Plaintiffs,

v.

Hyatt Regency Washington

        Defendant

**Civil Action No.: 06-179 RWR**
Judge Richard W. Roberts
Next Event: Status Conference
3/30/06

## ORDER

**UPON CONSIDERATION** of defendant's Motion To Dismiss Counts II –VII of Plaintiff's Complaint, plaintiff's opposition thereto, and the record herein, it is

**ORDERED** that defendant's motion is denied.

_____
U.S. District Court Judge Roberts

_____
Date