UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al.           :
                            :
    Plaintiffs,              :
                            :
v.                          :  Case No.: 06-179 (RWR)
                            :  Judge Richard Roberts
                            :  Next Event: Status Conf.
HYATT REGENCY WASHINGTON    :  3/30/06
                            :
    Defendant.              :

### CONSENT MOTION FOR EXTENSION OF TIME TO SUPPLEMENT MOTION TO DISMISSS WITH MEMORANDUM OF POINTS AND AUTHORITIES

COMES NOW, Defendant, Hyatt Regency Washington, by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby requests a ten day extension of time to supplement Defendant's pending Motion to Dismiss with a Memorandum of Points and Authorities as required by Local Civ. Rule 7(a). As grounds for this motion, Defendant states:

1.      Plaintiffs filed their Complaint on December 20, 2005. Defendant filed a Partial Answer and Motion to Dismiss on February 1, 2006.

2.      The Partial Answer and Motion to Dismiss was filed by Defendant's previous counsel. The undersigned counsel has only been recently retained to represent Defendant.

3.      Defendant's Motion to Dismiss has merit, but needs to be supplemented with a Memorandum of Points and Authorities. Defendant requests an additional ten days to file such a Memorandum.

4.      Plaintiffs consent to this request.

WHEREFORE, Defendant prays this Court will grant its Motion for an Extension of Time to Supplement its Motion to Dismiss.

145709-1

145709-1

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Christopher E. Hassell, Esquire #291641
1250 Eye Street, NW, Suite 600
Washington, DC 20005
(202) 712-7000
(202) 712, 7100 (f)
**Counsel for Hyatt Regency Washington**

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC 20036

_____
Christopher E. Hassell

145709-1

UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al.                    :
                                     :
    Plaintiffs,                   :
                                     :
v.                                   :    Case No.: 06-179 (RWR)
                                     :    Judge Richard W. Roberts
                                     :    Next Event: Status Conf.
HYATT REGENCY WASHINGTON             :    3/30/06
                                     :
    Defendant.                    :

## MEMORANDUM OF PONITS AND AUTHORITES TO DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO SUPPLEMENT MOTION TO DISMISSS

1.    F.R.C.P. 6.

        Respectfully submitted,

        **BONNER KIERNAN TREBACH & CROCIATA, LLP**

        _/s/_
        Christopher E. Hassell, Esquire #291641
        1250 Eye Street, NW, Suite 600
        Washington, DC 20005
        (202) 712-7000
        (202) 712, 7100 (f)
        **Counsel for Hyatt Regency Washington**

UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al.           :
                            :
    Plaintiffs,         :
                            :
v.                          :   Case No.: 06-179 (RWR)
                            :   Judge Richard Roberts
                            :   Next Event: Status Conf.
HYATT REGENCY WASHINGTON    :   3/30/06
                            :
    Defendant.          :

### ORDER

UPON CONSIDERATION of Defendant Hyatt Regency Washington's Motion for Extension of Time to Supplement its Motion to Dismiss with a Memorandum of Points and Authorities, Plaintiff's consent thereto, and for other good cause shown, it is hereby:

ORDERED that Defendant's Motion for Extension of Time to Supplement its Motion to Dismiss with Memorandum of Points and Authorities, is GRANTED; and it is further

ORDERED, Defendant has an extension of 10 days from the date of this Order in which to supplement its Motion to Dismiss.

It is so ORDERED this _____ day of _____, 2006.

                                                                _____
                                                                 U.S. District Court Judge Roberts

cc:    Christopher E. Hassell, Esquire
        Harold E. Brazil, Esquire

145709-1