UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PARK, et al. | : |
| Plaintiffs, | : |
| v. | : Case No.: 06-179 (RWR) |
| HYATT REGENCY WASHINGTON | : |
| Defendant. | : |

### PRAECIPE

THE CLERK OF THE COURT will please amend the caption of the Complaint to reflect the correct name of the Defendant as "Hyatt Corporation, as agent of CCHH Capitol Hill, LLC, a Delaware limited liability company, d/b/a Hyatt Regency Washington.

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Christopher E. Hassell, Esq., #291641
Christine S. Ramapuram, Esq. #492391
1250 Eye Street, NW, Suite 600
Washington, DC 20005
(202) 712-7000
(202) 712-7100 (f)

**LAW OFFICES OF HAROLD B. BRAZIL**

_____
Harold E. Brazil, Esq., #190124
1828 L. Street, NW
Suite 500
Washington, DC 20036
(202) 429-1727
(202) 429-1728 (f)

145434-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC  20036

_____
Christopher E. Hassell