UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al.                          :
                                           :
    Plaintiffs,                            :
                                           :
v.                                         :    Case No.: 06-179 (RWR)
                                           :    Judge Richard Roberts
                                           :    Next Event: Status Conf.
HYATT REGENCY WASHINGTON                   :    3/30/06
                                           :
    Defendant.                             :

**JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE**

In accordance with LCvR 16.3, the parties hereby file a report of their conference and plan for discovery. A proposed Scheduling Order incorporating the parties' suggestions is attached hereto.

**I.    STATEMENT OF THE CASE**

Plaintiffs John Park and Philip Park bring this multi-count Complaint seeking monetary damages. The case evolves out of a New Years function at the Hyatt Regency Capital Hill. Plaintiffs claim they were poorly treated and are suing for breach of contract, discrimination, and infliction of emotional distress. Defendant denies these allegations.

**II.    SCHEDULING MATTERS**

1.    The parties propose and agree upon the following discovery timetable:

| | |
|---|---|
| Exchange of Initial Disclosures | April 30, 2006 |
| Plaintiff's Rule 26(a) Statement | May 30, 2006 |
| Defendant's Rule 26(a) Statement | June 30, 2006 |
| Discovery Closes | August 31, 2006 |

Dispositive Motions                                September 30, 2006

4. The parties agree that the pleadings should be amended and other parties joined, if necessary, within 30 days of the issuance of the scheduling order.

5. With regard to dispositive motions, Defendant has filed a Motion to Dismiss certain counts in the Complaint. The parties have agreed that Plaintiff shall respond to that motion by March 27, 2006.

6. The parties may be willing to consent to the assignment of this case to a Magistrate Judge for any purpose.

7. The parties are willing to explore settlement at an appropriate time.

8. The parties are amenable to mediation and request that any mediation be scheduled for a date following the completion of discovery.

9. The parties agree that discovery should be governed by the limits set forth in the Federal Rules of Civil Procedure.

10. Trial and discovery will not be bifurcated.

11. The parties request that this Court set a trial date at the close of discovery.

DATED this ___13th___ date of March, 2006.

_____
Christopher E. Hassell, #291641
Bonner Kiernan Trebach & Crociata, LLP
1250 Eye Street, NW, Suite 600
Washington, DC 20005
(202) 712-7000
**Counsel for Defendant**
**HYATT REGENCY WASHINGTON**

_____
Harold E. Brazil, #190124
Law Offices of Harold E. Brazil
1828 L. Street, NW, Suite 500
Washington, DC 20036
(202) 429-1727
**Counsel for Plaintiff**
**JOHN PARK AND PHILIP PARK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN PARK, et al. | : | |
| Plaintiffs, | : | |
| v. | : | Case No.: 06-179 (RWR) |
| | : | Judge Richard Roberts |
| | : | Next Event: Status Conf. |
| HYATT REGENCY WASHINGTON | : | 3/30/06 |
| Defendant. | : | |

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Report of Local Rule 16.3 Conference and the entire record herein, this _____ day of _____, 2006 it is hereby

ORDERED that the following schedule shall control the instant litigation:

| | |
|---|---|
| Exchange of Initial Disclosures | April 30, 2006 |
| Plaintiff's Rule 26(a) Statement | May 30, 2006 |
| Defendant's Rule 269a) Statement | June 30, 2006 |
| Discovery Closes | August 31, 2006 |
| Dispositive Motions | September 30, 2006 |

ORDERED: that a status conference is set in this matter on _____ at _____ a.m./p.m.

It is so ORDERED this _____ day of _____, 2006.

_____
**The Honorable Richard Roberts**
**United States District Judge**

Copies to:

Christopher E. Hassell, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1250 Eye Street, N.W., Suite 600
Washington, DC 20005

Harold E. Brazil, Esquire
Law Offices of Harold E. Brazil
1828 L Street, NW
Suite 500
Washington, DC  20036