February 15, 2005

**FAX AND FIRST CLASS MAIL**
Joseph Murgalo, Jr.
General Manager
Hyatt Regency Washington
400 New Jersey Avenue, N.W.
Washington, D.C. 20001

Re:     New Years Eve Event
        John and Philip Parks

Dear Mr. Murgalo:

This is to follow up on the letter our firm sent to you on February 15, 2005, making a claim for breach of contract on behalf of my clients John and Phil Parks of DC Nights. You wrote me back on February 17, 2005, stating that you needed more time to investigate the facts surrounding their claim and that you would contact me.

About three months have gone by and there has been no resolution of my clients claim, nor have you contacted us. Understandably, my clients have grown impatient.  I request that you respond promptly to us if you are interested in an amicable resolution of this matter. If we have not heard from you or a representative by May 20, 2005, we will have no choice but to initiate litigation.

We are still willing to meet with you to resolve the matter, but if you do not wish to do so, we would appreciate it if you would let us know by the 20th.

Thank you for your anticipated cooperation.

Sincerely,


Harold Brazil


**New Address**:

Law Offices of Harold Brazil and Associates
1828 L Street, N.W.
Suite 500
Washington D.C.  20036