UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al.  :
:
    Plaintiffs,  :
:
v.  : Case No.: 06-179 (RWR)
: Judge Richard Roberts
: Next Event: Initial Disclosures
HYATT REGENCY WASHINGTON  : April 30, 2006
:
    Defendant.  :

### DEFENDANT'S RULE 26(a) DISCLOSURE

COMES NOW, Defendant Hyatt Corporation, by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, and pursuant to F.R.C.P. 26(a)(1) and this Court's Discovery Plan provides the following disclosures:

**A.  WITNESSES**

    1.  Andreas Jansen
        c/o Hyatt Regency Washington
        400 New Jersey Avenue, NW
        Washington, DC  20001

    2.  Lisa Slotkin
        c/o Hyatt Regency Washington
        400 New Jersey Avenue
        Washington, DC  20001

    3.  Adrian Hughes
        c/o Grand Hyatt Washington
        1000 H Street, NW
        Washington, DC  20001

**B.  DOCUMENTS**

See attached documents HY0001 – HY0017.

148627-1

C. **DAMAGES**

Not applicable.

D. **INSURANCE**

Defendant is self-insured to the extent of this claim.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Christopher E. Hassell, Esquire #291641
1250 Eye Street, NW, Suite 600
Washington, DC 20005
(202) 712-7000
(202) 712, 7100 (f)
**Counsel for Hyatt Corporation**

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC 20036

_____
Christopher E. Hassell

148627-1



Hyatt Regency Washington
On Capitol Hill
400 New Jersey Avenue, NW
Washington, DC 20001
Phone: 202-737-1234
Fax: 202-393-7927

November 11, 2004

## CATERING CONTRACT

ALL RESERVATIONS AND AGREEMENTS are made upon, and are subject to, the rules and regulations of the Hotel and the following conditions:

Your private function has been booked on a first option tentative basis:

| | |
|---|---|
| GROUP NAME: | AMVISION/DC NITES |
| FUNCTION NAME: | NEW YEARS EVE PARTY |
| CONTACT NAME: | JOHN PARK |
| ADDRESS: | 25869 PINEBLUFF ROAD |
| | SOUTH RIDING, VA 20152 |
| PHONE NUMBER: | (703) 668-2190 CELL# (703) 725-1129 |
| FAX NUMBER: | |
| EMAIL ADDRESS: | park_john72@yahoo.com |

| Day | Date | Function | Time | Set Up | # of guests | Room Rental |
|---|---|---|---|---|---|---|
| Friday | 12/31/2004 | NEW YEARS EVE GALA | 08:30 AM – 02:00 AM | RECEPTION | 800 | $ 0 |
| Friday | 12/31/2004 | NEW YEARS EVE GALA | 08:30 PM – 02:00 AM | RECEPTION | 800 | $ 0 |

**DEFINITE BOOKING**
Once you sign and return this letter, along with the required deposit of $10,000.00 your reservation will be confirmed and considered a definite booking. This signed contract and deposit of $10,000.00 are due on 11/17/2004.

**MINIMUM REVENUE COMMITMENT**
Based on the approximate number of guests set forth above, a minimum of $40,000.00 in combined banquet food & beverage will be spent at your function. This minimum does not include guestroom charges, service charges, tax, labor charges, audiovisual, or any other miscellaneous charges incurred. Should your final count drop below the approximate number of guests listed above, we will be happy to advise you on additional alternatives in food and beverage which will bring you back up to the agreed upon minimum revenue figures for your function.

**CANCELLATION POLICY**
Either the Hotel or Group may cancel this contract without cause at any time prior to the event by paying to the other party liquidated damages (agreed not to constitute a penalty) based on the following scale:

| | |
|---|---|
| Less than six(6) months to one(1) month from arrival date | $24,000.00 |
| Less than one(1) month up to arrival date | $30,000.00 |

Cancellations made under this provision shall be made by the canceling party to the non-canceling party by written notice and payment of the liquidated damages due at that time.

HY0001

## RIGHTS OF TERMINATION FOR CAUSE

Except as otherwise provided in this Agreement, neither party shall have the right to terminate their obligations under this Agreement. Either party may terminate this Agreement for any one or more of such reasons upon written notice to the other party within five (5) days of such occurrence or receipt of notice of any of the following occurrences. This Agreement is, however, subject to termination for cause without liability to the terminating party, under any of the following conditions:

The parties' performance under this Agreement is subject to acts of God, war, government regulation, terrorism, disaster, strikes, civil disorder, curtailment of transportation facilities, or any other emergency of a comparable nature beyond the parties' control, making it impossible, illegal or which materially affects a party's ability to perform its obligations under this Agreement.

## GUARANTEE COUNTS

In arranging for private functions, the final attendance must be received by the Catering Office no later than 11:00 a.m. three (3) working days prior to the commencement of the function. This number will be considered a guarantee, not subject to reduction, and charges will be made accordingly. Please provide the guarantees on the following days*:

| Day of Function: | Guarantee due on the preceding: |
|---|---|
| Friday | Tuesday |

*National Holidays are not considered working days and should be taken into consideration when submitting guarantees.

The Hotel will be prepared to serve 3% more than the guaranteed number of attendees and cannot be responsible for service to more than 3 % over the guarantee for groups of up to 1,000 persons. For groups more than 1,000 persons, a maximum of 30 person overset will apply. If the guarantee is raised within the 72 hours, the 3% over set will not apply, and the guarantee then becomes the set.

## TAXES

All federal and local taxes / charges which may be imposed or be applicable to this agreement and to the service rendered by the Hotel are in addition to the prices herein agreed upon, and the Customer agrees to pay them.

## FOOD AND BEVERAGE

No food and beverage of any kind may be brought into the Hotel by the Customer or any of the Customer's guests or invitees.

Hyatt offers the following types of alcohol beverage service:

_____ By the person by the Hour: Price for alcoholic beverages is charged by the per person for the contracted time.

_____ Consumption Bar: The price is based on a per drink charge. The number of drinks per bottle is calculated as follows: 27/1.25 oz. Drinks for each liter bottle, 5 Drinks for each wine bottle, and 17/1.5 oz. Drinks for each 750 milliliter cordial bottle.

_____ No Alcohol service will be required.

*****Please check the desired type of alcohol beverage service required*****

## *BEVERAGE AGREEMENT*
*(8:30 PM – 2:00 AM)*
*Cash Bar Package*
*$30,000.00 Beverage Revenue Minimum & $10,000.00 Food Revenue Minimum are Required*
*(8) Bartenders Required @ $210.00 Flat Fee per Bartender*

HY0002

*(1 bartender suggested for every 100 persons)*
*(7) Cashiers Required @ $155.00 Flat Fee per Cashier*
*(1 cashier suggested for every 150 persons)*
*Please Note: There will be a $5.00 fee per Person for a Champagne Toast, if the Client Should Request this Service. This Fee does Not Include 20% Service Charge & 10% Tax.*
*All Cash Bar Ticket Sales are Final & Will Not Be Refunded Under Any Circumstance.*
*In Order to Minimize Intoxication, No More Than (2) Drinks Will Be Given to Any Individual at One Time During the Course of the Evening.*
*Please Note: Last Call Will Be Given at 1:30PM & All Bars Will Be Closed AT 2:00PM.*
*Client is Responsible for Providing Wrist Bands to Distribute to Only Those Individuals Who are Age 21 Years & Older.*

**CONTINGENCY**
Performance of the agreement is contingent upon the ability of the Hotel to complete same and is subject to labor, disputes, strikes or picketing, accidents, government (federal, state, local) requisitions, restrictions upon travel, transportation, food, beverage or supplies and other causes, whether enumerated herein or not, which are beyond the control of the Hotel. In no event shall the Hotel be liable for the loss of profit or other similar or dissimilar collateral of consequential damages, whether based on breach of contract, warranty or otherwise. In no event shall the Hotel's liability be in excess of the total amount of the food and beverages contracted heretofore.

**PAYMENT**
Payment will be made **in full** by credit card or certified check. The estimated charges for this event will be placed on either this credit card or certified check **no less than ten (10) business days prior to arrival.** Payments made by credit card require a photocopy of both the front and back of the credit card in order to be processed. If client should wish to set up a payment schedule, on a weekly or monthly basis, this must be communicated to the catering sales manager, which is handling the group. Hotel will be responsible to refund the client in full, within (10) business days, after the minimum revenue is achieved.

**SERVICE CHARGE**
A 20% Service Charge and applicable taxes shall be added to all food and beverage.

**LIABILITY**
The Customer agrees to be responsible for any damage done to the function rooms or any other part of the Hotel by the Customer, his guest, invitees, employees, independent contractors or other agents under the Customer's control. The Hotel will not assume or accept any responsibility for damage to or loss of any merchandise or articles left in the hotel prior to, during or following the Customer's function.

**PERMITS/LICENSES**
In the event that the Customer's function requires a permit or license from any governing body, local, state or federal, the Customer is solely responsible for obtaining such license or permit at Customer's expense.

**EVENT ROOM**
The Hotel reserves the right to assign another room for the Customer's functions in the event the room originally designated for such function shall be unavailable or inappropriate, in the Hotel's sole opinion.

**AGREEMENT**
The agreement shall be considered accepted once both parties have signed below. It is our understanding that you are empowered by your organization to make these arrangements. A signature delivered by facsimile or electronic means will be considered binding for both parties

## *CONCESSIONS:*
*\*Newly Renovated Sleeping Rooms will be offered at a reduced rate of $99.00(+ tax) per night for individuals.*
*\*(2) Complimentary Suites will be given on the evening of the event.*

HY0003

HY0004

*(1) Complimentary amenity will be sent up to each of the suites on the night of the event.
*Reduced Rate of Nightly Parking will be offered at $14.00 per car on the evening of the event. (this does not include overnight parking, which will remain at $30.00 per car).
*Client will be permitted to sell tickets, on the night of the event, to individuals who have not previously purchased a ticket. The hotel will provide a separate room for these sales.
*A limited supply of sodas, waters & juices will be offered complimentary to no more than (10) designated drivers on the evening of the event in a separate banquet room.
*All banquet room rental fees will be waived in full with the minimum revenue requirement of $40,000.00 in food & beverage.
*Hyatt Regency Hotel will provide complimentary staging, dance floor, house linens & votive candles free of charge.

### OTHER ADDITIONAL REQUIREMENTS:

### SECURITY:
*Hyatt Regency Washington requires (1) security guard for every 100 persons on the evening of the event. The rate is $35.00 per guard, per hour (with a 4 hour minimum).
*Clients are permitted to bring in own guards, however, they must be from an official agency, must be licensed & bonded & are NOT permitted to carry guns of any sort.
* If outside security guards are to be brought in, they MUST meet with the Hyatt Regency Hotel Security Director, prior to the day of the event.
*Client will be required to provide the hotel with the company's name, contact person & phone number, if outside security is to be brought in.

### AUDIO VISUAL/POWER:
*There will be a $200.00 flat fee for a required Hyatt Regency A/V technician to be on-site throughout the course of the night.
*Client must provide the hotel w/ all information regarding electrical requirements, staging, power, music specifications & audio visual needs no less than (10) days prior to event.

### PROVISIONS:
*Hotel is NOT responsible for party favors.
*Smoking is permitted only in lobby or outside the hotel.

Date: _____    Signature: _____
                                               LISA SLOTKIN
                                               ( HYATT REGENCY WASHINGTON
                                               ON CAPITOL HILL )

Date: _____    Signature: _____
                                               JOHN PARK, PHILIP PARK
                                               ( AMVISION/DC NITES )



# DCNITES NYE PARTY

| Total with Discounts | | | | Total without Discounts | | | |
|---|---|---|---|---|---|---|---|
| **Food** | | | | **Food** | | | |
| # of ppl | | Price | Total | # of ppl | | Price | Total |
| 300 | $ | 6.25 | $ 1,875.00 | 300 | $ | 6.25 | $ 1,875.00 |
| 150 | $ | 58.00 | $ 8,700.00 | 150 | $ | 58.00 | $ 8,700.00 |
| 245 | $ | 40.00 | $ 9,800.00 | 490 | $ | 58.00 | $28,420.00 |
| 1 | $ | 345.00 | $ 345.00 | 1 | $ | 345.00 | $ 345.00 |
| | | Sub Total | $20,720.00 | | | Sub Total | $39,340.00 |
| | | 20% | $ 4,144.00 | | | 20% | $ 7,868.00 |
| | | 10% | $ 2,486.40 | | | 10% | $ 4,720.80 |
| | | Food Total | $27,350.40 | | | Food Total | $51,928.80 |
| **Beverage** | | | | **Beverage** | | | |
| | | Beverage Min | $30,000.00 | | | Beverage Min | $30,000.00 |
| Champ Toast | | and Cash Sales | $13,000.00 | | | Cash Sales | $11,000.00 |
| | | Sub Total | $17,000.00 | | | | $19,000.00 |
| | | 20% | $ 3,400.00 | | | Champ Toast | $ 2,000.00 |
| | | 10% | $ 2,040.00 | | | Sub Total | $21,000.00 |
| | | Beverage Total | $22,440.00 | | | 20% | $ 4,200.00 |
| | | | | | | 10% | $ 2,520.00 |
| | | | | | | Beverage Total | $27,720.00 |
| **Labor** | | | | **Labor** | | | |
| 5 Cashiers | | $155.00 each | $ 775.00 | 5 Cashiers | | $155.00 each | $ 775.00 |
| 10 Bartenders | | $210.00 each | $ 2,100.00 | 10 Bartenders | | $210.00 each | $ 2,100.00 |
| 6 Security | | $35.00hr/7hrs | $ 1,470.00 | 6 Security | | $35.00hr/7hrs | $ 1,470.00 |
| 2 Metro PD | | $45.00hr/7hrs | $ 630.00 | 2 Metro PD | | $45.00hr/7hrs | $ 630.00 |
| | | Labor Total | $ 4,975.00 | | | Labor Total | $ 4,975.00 |
| | | Total F&B/Labor | $54,765.40 | | | | |
| | | Deposit | $40,000.00 | | | Total F&B/Labor | $84,623.80 |
| | | Balance | ($14,765.40) | | | Deposit | $40,000.00 |
| | | | | | | Balance | ($44,623.80) |

HY0005

**Food**

| | | | | | |
|---|---|---|---|---|---|
| Food (Buffet) | 150 | x | $ | 58.00 | $ 8,700.00 |
| Food (cheese + Fruit) | 300 | x | $ | 6.25 | $ 1,875.00 |
| VIP Table | 1 | | $ | 345.00 | $ 345.00 |
| | | | | | $ 10,920.00 |

**Beverage**

| | | | | | |
|---|---|---|---|---|---|
| Champ Toast | 400 | x | $ | 5.00 | $ 2,000.00 |

F&B Sub Total $ 12,920.00 **DCNITES**

Beverage Minimum per contract $ 30,000.00
Ticket Sales $ 11,000.00
Beverage Minimum Balance $ 19,000.00 **DCNITES**

Sub Total $ 31,920.00
20% $ 6,384.00
10% $ 3,830.40
Total $ 42,134.40 **DCNITES**

**Labor**

| | | | | | |
|---|---|---|---|---|---|
| 5 Cashiers | $155.00 ea | | | | $ 775.00 |
| 10 Bartenders | $210.00 ea | | | | $ 2,100.00 |
| 6 Security | $35.00/hr | x | 7 hours | | $ 1,470.00 |
| 2 Metro PD | $45.00/hr | x | 7 hours | | $ 630.00 |

$ 4,975.00 **DCNITES**

$ 47,109.40
Deposit $ 40,000.00
Balance Due $ 7,109.40 **DCNITES**
Networks Beverage sales $4,760.00

**New balance due after credit given for all beverage sales in Networks bar** $ 2,349.40 **DCNITES**

**Additional Meals Served** 490 x $ 58.00 $ 28,420.00
20% $ 5,684.00
10% $ 3,410.40
Total $ 37,514.40 **HRW**

HY0006

GROUP SUMMARY

| GROUP NAME | GROUP CODE | RATE RANGE SINGLE/ DOUBLE | | BLCK | PICK UP | COMP RMS | AVG RATE | ROOM REVENUE |
|---|---|---|---|---|---|---|---|---|
| JIM COSTA FOR CONGRESS-RL | 1-COST | 153/ | 153 | 0 | 4 | 0 | 159.25 | 637 |
| CONGRESSMAN TOM PRICE-IN | 1-CTP1 | 153/ | 178 | 0 | 1 | 0 | 203.00 | 203 |
| DC NITES - NYE PARTY -IN | 1-DCNT | 99/ | 99 | 50 | 96 | 0 | 99.89 | 9589 |
| SEN. DAVID VITTER     -IN | 1-DVIT | 153/ | 178 | 0 | 1 | 0 | 178.00 | 178 |
| SALES/CAT/CS RATE & COMPS | 1-SALE | 0/ | 0 | 0 | 2 | 0 | .00 | 0 |
| Z104 NYE AT FUR NIGHTCLUB | 1-ZFUR | 109/ | 109 | 15 | 7 | 0 | 109.00 | 763 |

# CATERING REPEAT BOOKING
## WASHINGTON HR
## BOOKING 15603838

### Organization
Number: 508065
Acronym: AMVI
Name: AMVISION/DC NITES
Address1: 25869 PINEBLUFF ROAD
Address2:
City: SOUTH RIDING
State, Zip: VA  20152  US
Post As Name: DC NITES NEW YEARS EVE GALA

### Contact
Number: 1155224
Name: PARK, JOHN
Phone: (703) 668-2190
Fax: ( ) -
Email: park_john72@yahoo.com

### Auxiliary
Org Num:
Org Name:
Address1:
Address2:
City:
State, Zip:
Contact Num:
Contact Name:
Address1:
Address2:
City:
State, Zip:
Phone: ( ) -
Fax: ( ) -
Email:

### Managers
Sales Mgr:
Catering Mgr: SLOTKIN, LISA
CS Mgr: POWELL, REGINA J

### Status and Dates
Status: ACTUAL
Referral Num:
Entry Date: 10/14/2004
Act Arrival Date: 12/31/2004
Act Depart Date: 12/31/2004
Cut-Off Date:
Decision Date: Tue 11/16/04    YES
Signed Contract: YES    DOS Approval:
Bkng Source: PHONE INQUIRY
Bkng Grade: 5

### Meeting
Number: 667451
Name: NEW YEARS EVE PARTY
Type: SPECIAL EVENTS

### Miscellaneous
ICW: STAND ALONE
Mkt Segment: CATERING
Reservation:
Bill Method:
Conv Type: CATERING
Freq Type:
Confid Rate: NO
Scope Code:
Mktg Pgm:
Total Attend:

### Meeting Dividends Contact
Contact Num:
Contact Name:
Phone: ( ) -
Fax: ( ) -
Email:
GP number:

NSF Bk Dir Mgr:
Referral Mgr:
Ref Mgr PRIDE Eligibility:

HY0008

# CATERING REPEAT BOOKING
## WASHINGTON HR
## BOOKING 15603838

## Actual Revenue

| Date | Room Nights | Room Revenue | Catering Revenue | Other Revenue | Total Revenue |
|---|---|---|---|---|---|
| 12/31/04 | 0 | $0 | $47,870 | $0 | $47,870 |
| Bkng Totals: | 0 | $0 | $47,870 | $0 | $47,870 |

## Events

| Number | Date | Start | End | Event Name | Type | Setup | Attnd | Function Room | Status |
|---|---|---|---|---|---|---|---|---|---|
| 6971774 | 12/31/04 | 08:30 PM | 02:00 AM | NEW YEARS EVE GALA | RE | RE | 800 | REGENCY BALLROOM | XX - F |
| 7074450 | 12/31/04 | 08:30 PM | 02:00 AM | NEWYEARS EVE GALA | RE | RE | 800 | REGENCY/COLUMBIA FOYER | XX - F |
| 7224288 | 12/31/04 | 08:30 PM | 02:00 AM | NEW YEARS EVE GALA | RE | RE | 800 | COLUMBIA AB | XX - F |
| 7437895 | 12/31/04 | 08:30 PM | 02:00 AM | PHOTO ROOM | PH | EX | 0 | CONCORD | XX - F |
| 7438034 | 12/31/04 | 08:30 PM | 02:00 AM | STORAGE | ST | EX | 0 | PERMANENT COAT ROOM | XX - F |
| 7469769 | 12/31/04 | 08:30 PM | 02:00 AM | COAT ROOM | CC | EX | 0 | COLUMBIA C | XX - F |
| 7469835 | 12/31/04 | 08:30 PM | 02:00 AM | REGISTRATION | RG | RG | 0 | CAPITOL ROOM REGISTRATIO | XX - F |

HY0009

# CATERING REPEAT BOOKING
## WASHINGTON HR
## BOOKING 15603838

### Catering Revenue

|  | First Definite | Forecast | Revised | Actual |
|---|---|---|---|---|
| Food | $24,000.00 | $24,000.00 | $10,040.00 | $10,000.00 |
| Beverage | $16,000.00 | $16,000.00 | $30,006.00 | $37,870.48 |
| Audio Visual | $0.00 | $0.00 | $0.00 | $0.00 |
| Conv Services | $0.00 | $0.00 | $0.00 | $0.00 |
| Decorating | $0.00 | $0.00 | $0.00 | $0.00 |
| Miscellaneous | $0.00 | $0.00 | $0.00 | $0.00 |
| Room Rental | $0.00 | $0.00 | $0.00 | $0.00 |
| Total | $40,000.00 | $40,000.00 | $40,046.00 | $47,870.48 |

Total Current Booking
Catering Revenue *: $47,870.48

Catering Revenue
per Sleeping Room:

Total First Definite
Catering Revenue *: $40,000.00

* only includes food, beverage, misc, and room rental revenues

### Booking Comments

```
*** LEAD COMMENTS
*** LEAD CREATED BY SLOTKIN, LISA   AT 2:08 PM ON 10/14/04
FLEXIBLE?
ALTERNATE DATES:
HOT BUTTONS:
COMPETING HOTELS:
HISTORY:
RECEIVED A CALL FROM JOHN PARK....HE IS LOOKING TO DO A NY EVE GALA AT
HOTEL....HE IS W/ A START UP COMPANY, CALLED AMVISION, BUT THIS IS FOR YOUNG
KOREAN PROFESSIONALS. THEY HELD THE EVENT AT THE WYNDHAM LAST YEAR....THYE AR
ELOOKING OFR A $30,000.00 MIN...THEY ARE COMING IN FOR LUNCH SITE ON MONDAY
10/18(JOHN & PHILIP)....SNE THIM INFO VIA E-MAIL YESTERDAY.

*** 10/19/2004             SLOTKIN, LISA
10/19 HAD TO CANCEL THE LUNCH SITE FOR MON B/C I WAS UNEXPECTEDLY OUT OF
OFFICE, BUT RESCHEDULED FPR THURSDAY AT 5PM.

*** 10/22/2004             SLOTKIN, LISA
10/22 HAD SITE W/ JOHN YESTERDAY & HE LOVES THE PROPERTY...TOLD HIM ABOUT THE
$40,000 MIN & HE SENT SOME E-MAILS W/ QUESTIONS TODAY...WILL FOLLOW UP BY COB
TODAY.
```

HY0010

# CATERING REPEAT BOOKING
## WASHINGTON HR
## BOOKING 15603838

**Booking Comments**

```
*** 10/26/2004           SLOTKIN, LISA
10/26 RECEIVED THIS E-MAIL FROM JOHN:
HI LISA,

THANKS FOR MEETING WITH US YEATERDAY.  IT WAS A PLEASURE MEETING YOU.  HOPE
YOU'RE DOING WELL.  PER OUR DISCUSSION YESTERDAY, HERE ARE FEW THINGS THAT WE
BELIEVE WE WILL NEED IN ORDER TO PUT TOGETHER ONE OF THE MOST SUCCESSFUL,
FORMAL NEW YEAR'S EVE EVENT.  WE DO NOT WANT TO CHANGE TOO MUCH FROM THE
INFORMATION PACKAGE THAT YOU HAVE PROVIDED US WITH THE EXCEPTION OF FEW.

WE WILL AGREE TO THE MINIMUM $40K (FOOD & BEVERAGE) IF THE HYATT REGENCY HOTEL
CAN PROVIDE US WITH THE FOLLOWING:

HOURS: 8PM-3AM
LAST CALL FOR ALCOHOL BEVERAGES AT 2AM
STOP SERVING ALCOHOL BEVERAGES AT 2:30AM
WE NEED THE EXTRA 30 MINS TO MAKE SURE THAT THE HOTEL IS HAPPY WITH THE NUMBERS
AND WE MEET THE 40K MINIMUM REQUIREMENT.

ROOMS: $99 + $15 OVERNIGHT PARKING
PARKING FOR GUESTS $20
THERE WAS A NEW YEARS EVE GALA THAT WAS THROWN AT THE CAPITAL HILTON LAST YEAR
WHERE THE HOTEL PROVIDED VALET PARKING FOR $5 PER CAR.  WE DON'T EXPECT HYATT
TO DO THE SAME, BUT IF YOU CAN HELP LOWER THE COST FOR PARKING AS MUCH AS YOU
CAN, WE WOULD GREATLY APPRECIATE IT.  AS FOR THE OVERNIGHT PARKING, WE WANT TO
PUSH OUR GUESTS INTO RESERVING THE ROOM AS MUCH AS POSSIBLE.  WE WANT TO ENSURE
 THAT THIS IS AN ENJOYABLE AND MEMORABLE NEW YEARS EVE EXPERIENCE FOR
EVERYBODY, AS WELL AS A SAFE ONE.  IF YOU CAN LOWER THE COST FOR OVERNIGHT
PARKING, OUR GUESTS WILL BE MORE INCLINED TO RESERVING THE ROOM.

DRINK PRICES: RAISE THE PREMIUM LIQUOR PRICE (JOHNNY WALKER BLACK, CROWN,
STOLI, QUERVO 1800, ETC., STRAIGHT UP OR ON THE ROCKS) INCLUDING COGNACS TO
$10.
ALL OTHER DRINKS PRICES (COCKTAILS, WINE, CORDIALS, BEERS, ETC..), CAN REMAIN
THE SAME EXCEPT ROUND UP TO THE NEAREST DOLLAR.
SODAS, JUICES, WATER @ $3
MOST OF GUESTS WILL EITHER DRINK BEER, WINE OR LIQUOR (NEAT OR ON THE ROCKS).
AGAIN, WE WANT TO  MAKE SURE THE HOTEL MAKES AS MUCH MONEY AS POSSIBLE AND THAT
 WE MEET AND EXCEED THE $40K MINIMUM.

COMPLIMENTARY CHAMPAGNE TOAST AT MIDNIGHT.


HOST
2 COMPLIMENTARY SUITES
6 ROOMS @ 50% OFF
PRE-PURCHASE OF 100 DRINK TICKETS @  $5.

PLEASE LOOK OVER AND LET ME KNOW IF YOU HAVE ANY QUESTIONS.  I LOOK FORWARD TO
```

# CATERING REPEAT BOOKING

## WASHINGTON HR
## BOOKING 15603838

### Booking Comments

HEARING FROM YOU LATER ON TODAY AND ONCE AGAIN THANKS!

*************I AM CHECKING W/ THE WYNDHAM HOTEL (14TH & M) FOR A
REFERNCE....WAITING TO SPEAK TO ALLI ROGERS(202)457-9178. TH MIN IS $40,000.00

*** 10/27/2004            SLOTKIN, LISA
10/27 SPOKE TO ALLI ROGERS (DIR. OF CATERING)AT THE WYNDHAM, LOCATED ON 14TH &
M STREET....SHE GAVE THE GROUP A STELLAR REFERENCE....SHE SAID THAT THEY HAD NO
RPOBLEMS, PAID ON TIME & WENT OVER THEIR F&B MINIMUM. I SPOKE W/ JOHN &
EXPLAINED ALL THE STIPULATIONS W/ HIM...AM GOING TO DO A PROPOSAL FOR HIM....HE
ASKED FOR CONTRACT, BUT HAVE TO CHECK W/ AJ B/C HE JUST INFORMED ME THAT HE
MAY HAVE A GROUP AS WELL ;-(

*** 10/28/2004            SLOTKIN, LISA
10/28
SPOKE TO JOHN TODAY & HE HAD JUST A FEW QUESTIONS ON THE PROPOSAL...HE ASKED
FOR A CONTRACT, BUT ANDREAS IS NOT LETTING ME SEND IT B/C HE SAYS THAT HE HAS
SOME GROUP (CATO Z) THAT MAY WANT THE SPACE, HOWEVER, IT IS NOT EVEN IN LEAD
STATUS & I HAVE THE FIRST HOLD ON THE SPACE.

*** 11/02/2004            SLOTKIN, LISA
HI LISA,

HERE ARE SOME THINGS THAT WE PUT TOGETHER THAT YOU CAN RELAY OVER TO YOUR
MANAGER(S). HOPEFULLY, SOME OF THESE INFORMATION CAN CLEAR UP ANY DOUBTS OR
CONCERNS THEY MAY HAVE ABOUT US. LET ME KNOW IF YOU HAVE ANY QUESTIONS AND
PLEASE LET US KNOW BY FRIDAY MORNING AT THE LATEST IN THEIR DECISION,
OTHERWISE, WE WILL HAVE TO GO WITH ANOTHER HOTEL BECAUSE WE ARE RUNNING OUT OF
TIME.

THANKS.
JOHN


.        DCNITES ASIA AND AMVISION INC. NYE EVENT IS A PRIVATE PARTY FOR
PREDOMINANTLY YOUNG, SUCCESSFUL, ASIAN URBAN PROFESSIONALS (MOST OF THE AGES
RANGING BETWEEN 25-35 Y.O.). THIS EVENT WILL NOT BE AN OPEN PUBLIC PARTY THAT
INVOLVES UNCONTROLLED BOUT OF DRUNKEN DEBAUCHERY AND CRAZY OBNOXIOUS BEHAVIORS.
  THIS IS A FORMAL EVENT WITH FORMAL ATTIRE REQUIRED.


.        SOME OF OUR FRIENDS WE'RE EXPECTING TO ATTEND THE NEW YEAR'S EVE
PARTY ARE VINCENT ORANGE (COUNCIL MEMBER WARD 5), MARC LIPPMAN (VICE PRESIDENT
OF CITIGROUP), HAROLD BRAZIL (COUNCIL MEMBER AT LARGE FOR ECONOMIC
DEVELOPMENT), OUR ARCHITECTS AND LAWYERS, ETC..

# CATERING REPEAT BOOKING
## WASHINGTON HR
## BOOKING 15603838

### Booking Comments

PLEASE NOTE AGAIN THAT THIS IS NOT SIMILAR TO "HI BALL" OR ANY SALES TICKET EVENTS THAT YOU PROBABLY HAD IN THE PAST. OUR GOAL IS TO PROVIDE AN ENJOYABLE, MEMORABLE AND SAFE NEW YEAR'S EVE FOR EVERYONE AND TO MAKE SURE THAT EVERYTHING GOES SMOOTHLY. THIS GOAL ALSO INCLUDES ENSURING THAT THE HOTEL MAKES THE HIGHEST POSSIBLE SALES. OUR GUESTS CAN CONSUME QUITE A BIT OF ALCOHOL AND DO NOT CARE HOW MUCH DRINKS ARE, AS LONG AS THEY ARE REASONABLE (EXAMPLE: $10 FOR LIQUOR - THE HOTEL PRICES ARE LESS), SO WE ARE VERY CONFIDENT THAT WE WILL MEET AND EXCEED THE HOTEL'S EXPECTATION.

OUR REPUTATION IS OF HIGHEST IMPORTANCE, THEREFORE, WE DO NOT WANT TO HOST AN EVENT THAT WILL JEOPARDIZE OUR NAME AS WELL AS THE HOTEL. WE WANT TO ESTABLISH A LONG TERM RELATIONSHIP WITH ALL THE HOTELS THAT WE WORK WITH. PLEASE KNOW THAT WE ARE NOT THROWING THE EVENT JUST FOR THE MONEY. WE'VE MAINTAIN GOOD WORKING RELATIONSHIPS WITH OTHER ESTABLISHMENTS THAT WE HAVE WORKED WITH IN THE PAST AND IT IS VERY IMPORTANT TO US IN CONTINUING TO DO SO. OUR REPUTATION HAS BROUGHT US SUCCESS THROUGHOUT THE YEARS AND WE HOPE TO CONTINUE ON THAT DIRECTION MANY YEARS TO COME.

. DCNITES.COM IS A NIGHTLIFE RESOURCE GUIDE - A MARKETING TOOL. DCNITES WORKS WITH RESTAURANTS, LOUNGES, CLUBS, EVENT PLANNERS AND ORGANIZERS TO PLACE THEIR EVENTS FOR ADVERTISEMENT.

11/2 I SENT HTI RESPONSE BACK TO HIM:

GREETINGS JOHN & PHILIP---

HOW ARE YOU? I HAVE FORWARDED A COPY OF THIS E-MAIL TO MY DIRECTOR OF SALES AS WELL AS MY DIRECTOR OF CATERING/CONVENTION SERVICES. WE ARE SCHEDULED TO HAVE A MEETING TO DISCUSS YOUR EVENTS, IN DETAIL ON THURSDAY OF THIS WEEK & I PROMISE TO HAVE AN ANSER TO YOU NO LATER THAN FRIDAY. I SPOKE W/ THEM & THEY ARE VERY ANXIOUS TO MOVE FORWARD W/ NEW YEARS EVE PLANS, HOWEVER, THEY WANT TO ENSURE THAT THE BUSINESS IS THE RIGHT ONE FOR THE HOTEL. I AM WORKING AS HARD AS I CAN TO GET & KEEP YOUR VALUABLE PIECE OF BUSINESS HERE AT THE HOTEL & DEVELOP A LASTING WORKING RELATIONSHIP. THANK YOU VERY MICH FOR YOUR PATIENCE. PLEASE DO NOT HESITATE TO CONTACT ME IF YOU SHOULD HAVE ANY QUESTIONS OR CONCERNS IN THE INTERIM.

\*\*\* 11/05/2004          SLOTKIN, LISA
11/5 JOE APPROVED THIS BOOKING...I CALLED & INFORMED THE CLIENT...WE ARE GOING TO REVEIW THE PARTICULARS OF THE CONTRACT ON MONDAY.

\*\*\* 11/11/2004          SLOTKIN, LISA
11/11 SPOKE W/ JOHN & PHILIP AGAIN...THEY SAID THAT CONTRACTLLOKS GOOD BUT WANTED TO ADD A FORCE MAJEUR CLAUSE & AKSED ABOUT THE PAYBACK TIME PERIOD W/ HOTEL....THEY ARE COMING IN ON MONDAY 11/15 TO HAVE LUNCH & SIGN CONTRACT.

HY0013

Case 0:06-cv-00972-RHK Document 17 Filed 04/19/2006 Page 16 of 20

# CATERING REPEAT BOOKING
## WASHINGTON HR
## BOOKING 15603838

## Booking Comments

\*\*\* 11/15/2004           SLOTKIN, LISA
11/15 CALLED TO RESCHEDULE SITE & CONTRACT SIGNING FOR TOMORROW...HE PROMISED
TO BRING CHECK AS WELL.

\*\*\* 11/16/2004           SLOTKIN, LISA
11/16 RECEIVED SIGNED CONTRACT & CHECK FOR $10,000.00...TENT TO DEF.

\*\*\* 11/17/2004           FIELDS, MELODY
T>D

\*\*\* 12/02/2004           SLOTKIN, LISA
UPDATES 12/2:
JOHN E-MAILED ME THE OTHER DAY & ASKED IF HE COULD HAVE A VIP STAGE SET UP IN
REG BALLROOM ROPED OFF FOR APPROX 150PPL....I SAID 'NO' BUT OFFERED CONCORD,
LEX & BUNKER HILL AS AN OPTION FOR THEM...HE WILL GET BACK TO ME ON THAT. I
DID, HOWEVER, APPROVE THE CATWALK, PER HIS REQUEST W/ REGARDS TO THE 10PM
FASHION SHOW WHICH SHOULD ONLY RUN ABOUT 25 MINS(AJ SAID THAT WE COULD BUILD A
CAT WALK W/ STAGING).

PHIL E-MAILED ME & ASKED ABOUT USING THE COL BALLROOM FOR ANOTHER AREA FOR
DANCING....AFTER SAYING 'NO' AT FIRST, I DISCUSSED IT W/ AJ & I EXPLAINED THAT
THEY JUST WANTED A LOUGE LIKE AREA FOR CHILL DJ MUSIC...HE SAID THAT AS LONG AS
THE LOGISTICS WORKED W/ THE BARS, THAN THAT WOULD BE FINE....I INFORMED PHIL
THAT IT COULD WORK, BUT THE AREA WOULD NOT BE THE MAIN FOCUS & HAD TO BE WAY
MORE RELAXED ATMOSPHERE THAN THE REGENCY BALLROOM PARTY & THAT THE BARS WOULD
BE THE MAIN THINGIN THE COLUMBIA ROOMS...HE AGREED.

\*\*\* 12/02/2004           SLOTKIN, LISA
12/2
THEY INFORMED ME THAT THEIR LIGHTING & A/V COMPANY WAS GOING TO CONTACT ME TO
DO A WALK-THRU W/ THEM & SWANK....HAVE NOT HEARD FROM THEM AS OF YET.

## Meeting/F & B Comments

\*\*\* LEAD COMMENTS
\*\*\* LEAD CREATED BY SLOTKIN, LISA   AT 2:08 PM ON 10/14/04
POST AS:

MEETING REQUIREMENTS
TIME:
PPL:
RENTAL:
SETUP:

BREAKFAST:
LUNCH:
AM BREAK:
PM BREAK:
DINNER:

HY0014

Case 1:06-cv-00677-RMU Document 3-17 Filed 04/13/2006 Page 17 of 20

## WASHINGTON HR
## BOOKING 15603838

### Meeting/F & B Comments

RECEPTION:

AUDIO/VISUAL:

CS NOTES:

MISC
ENGR:
SHIPPING:
PBX:
BUSINESS CTR:
PARKING:

OFF-PREMISES REQUIREMENTS:

FUTURE BUSINESS:

### Actions

| Date | Employee | Type | Subject | Organization | Bkng |
|---|---|---|---|---|---|
| 10/22/04 | SLOTKIN, LISA | STATUS REVIEW | CATERING STATUS REVIEW | AMVISION | 15603838 |
| 01/07/05 | SLOTKIN, LISA | FOLLOW-UP | CATERING FOLLOW-UP | AMVISION | 15603838 |
| 12/27/04 | SLOTKIN, LISA | GUARANTEE | FOLLOW UP ON PAYMENT.... | AMVISION | 15603838 |
| 11/16/04 | SLOTKIN, LISA | DECISION DATE | CATERING DECISION DATE | AMVISION | 15603838 |
| 10/21/04 | SLOTKIN, LISA | SITE INSPECTION | SITE | AMVISION | 15603838 |
| 11/16/04 | SLOTKIN, LISA | SITE INSPECTION | SITE & LUNCH | AMVISION | 15603838 |
| 12/13/04 | JANSEN, CMP,LES, ANDREAS A | SITE INSPECTION | WALK THRU... | AMVISION | 15603838 |
| 12/13/04 | SLOTKIN, LISA | SITE INSPECTION | WALK-THROUGH | AMVISION | 15603838 |

HY0015

**HYATT HOTELS & RESORTS** ®

BANQUET PROSPECTUS #7074450-1

HYATT REGENCY WASHINGTON

Meeting Name: all session 2020

| | |
|---|---|
| Organization: | AMVISION/DC NITES |
| | 25869 PINEBLUFF ROAD |
| | SOUTH RIDING, VA 20152 |
| Contact: | JOHN PARK |
| Phone: | (703) 668-2190   Ext: |
| Fax #: | |
| On Site Contact: | JOHN PARK |
| Managers: | LISA SLOTKIN, CA |
| | REGINA POWELL, CS |
| Billing Name: | AMVISION |
| Billing Type: | CASH/CHECK |
| Acct #: | 77151 |

| | |
|---|---|
| Post As: | DC NITES NEW YEARS EVE GALA |
| Event Name: | NEWYEARS EVE GALA |
| Date: | FRIDAY, DECEMBER 31, 2004 |
| Time: | 8:30PM TO 2:00AM |
| Room: | REGENCY/COLUMBIA FOYER |
| Attendance: | 150/150 |
| Agenda: | Dinner Buffet Set Up: 8:30pm-10:30pm |

Payment Instructions: RECEIVED CHECK #1054 IN THE AMOUNT OF $10,000.00 FOR DEPOSIT....THE REST IS GUARANTEED TO BE PAID 10 BUSINESS DAYS PRIOR TO EVENT.

Prices are Subject to 20% Service Charge and Appropriate Sales Tax. A final guarantee is required by 12 Noon (2) two working days prior. This number is not subject to reduction. In the event we are not notified, the figure listed on this event order will be used as the guarantee. The hotel cannot be responsible for service to more than 3% over the guarantee.

## CONVENTION SERVICES                    Seating Style: RECEPTION

DINNER BUFFET   PLEASE NOTE: Food will be set up in Regency foyer, but
BP 1              the individuals will be eating in Columbia Ballroom.

## DECOR

DINNER BUFFET   Hyatt Mirror and (3) Votives per Table have set on the       Banquet Captain's Choice of Linen and Decor
BP 1              banquet rounds

## MISCELLANEOUS

DINNER BUFFET   APPROVAL:
BP 1              A signature is required below, Any Requests for Changes
                  Requires 48 - hours Notice. Requests for Changes with Less
                  Notice or on the Same Day of your Event will result in a
                  25% Additional Labor Charge.

                  IN CHARGE OF SERVICE:
                  Banquets Operations Ext. 1580 or Ext. 56

MINIMUM:
Per Client's Contract, a minimum of $40,000.00 in food, beverage, and room rental will be spent.
This minimum does not include service charges, tax, labor charges,
Audiovisual, parking or any miscellaneous charges incurred.

PERFECT STAY/PERFECT MEETING:
If at any time during your event you need support assistance or to review your banquet checks, please call ext. 56.
Our "Perfect Stay" operator will immediately radio the appropriate Department for Rapid Response.

PLEASE SIGN & RETURN
CLIENT SIGNATURE:                                                                                  DATE:

This proposal is subject to the terms and conditions on the reverse side of this form.
This is the end of this BP.
Page 2 of 2
Booking #15603838

BANQUET PROSPECTUS #7074450-1

**HYATT HOTELS & RESORTS** ®
HYATT REGENCY WASHINGTON

Organization: AMVISION/DC NITES
25869 PINEBLUFF ROAD
SOUTH RIDING, VA 20152
Contact: JOHN PARK
Phone: (703) 668-2190  Ext:
Fax #:
On Site Contact: JOHN PARK
Managers: LISA SLOTKIN, CA
REGINA POWELL, CS
Billing Name: AMVISION
Billing Type: CASH/CHECK
Acct #: 77151

Meeting Name: NEW YEARS EVE PARTY
Post As: DC NITES NEW YEARS EVE GALA
Event Name: NEWYEARS EVE GALA
Date: FRIDAY, DECEMBER 31, 2004
Time: 8:30PM TO 2:00AM
Room: REGENCY/COLUMBIA FOYER

Attendance: 150/150

Agenda: Dinner Buffet Set Up: 8:30pm-10:30pm

Payment Instructions: RECEIVED CHECK #1054 IN THE AMOUNT OF $10,000.00 FOR DEPOSIT....THE REST IS GUARANTEED TO BE PAID 10 BUSINESS DAYS PRIOR TO EVENT.

Prices are Subject to 20% Service Charge and Appropriate Sales Tax. A final guarantee is required by 12 Noon (2) two working days prior. This number is not subject to reduction. In the event we are not notified, the figure listed on this event order will be used as the guarantee. The hotel cannot be responsible for service to more than 3% over the guarantee.

---

**FOOD**

**8:30PM-10:30PM: BUFFET DINNER**

DINNER BUFFET
BP 1

Monumental Dinner Buffet

Classic Caesar Salad
Crisp Romaine Lettuce, Fresh Parmesan, Herb Croutons,
Black Pepper, Chef's Classic Caesar Dressing

Tortellini Salad
with Sun-dried Tomatoes, Artichokes, Olives and Mushrooms

Sliced Fresh Seasonal

Tuscany Chicken Braciola Filled
with Spinach and Feta Cheese

Vegetarian Lasagna

Sliced Sirloin of Beef, Rosemary Wild Mushroom Sauce

Oven Roasted Ratatouille of Italian Vegetables

Chef's Selection of Starch

White Pizza Sticks, Fresh Rolls and Garlic Bread

Dessert Selection to Include:
Chocolate-Chocolate Cake, Apple Tart, New York Style Cheesecake, Pecan Pie and Key Lime Pie

Freshly Brewed Starbucks Coffee, Decaffeinated Coffee and Herbal Teas
@ $58.00 / Person

**8:30PM-10:30PM: RECEPTION**

DINNER BUFFET
BP 1

TROPICAL FRUIT DISPLAY
A Display of Assorted Sliced Seasonal Fruit
with Orange Anglaise and Chocolate Fondue
(to serve 110 ppl)
@ $6.50 / Person

INTERNATIONAL CHEESE BOARD
Assorted Domestic and Imported Cheeses
Sliced Baguettes, Breadsticks and Crackers
(to serve 100ppl)
@ $6.25 / Person

# HYATT
## HOTELS & RESORTS ®
HYATT REGENCY WASHINGTON

BANQUET PROSPECTUS #7074450-1

Meeting Name: NEW YEARS EVE PARTY
Post As: DC NITES NEW YEARS EVE GALA

Organization: AMVISION/DC NITES
25869 PINEBLUFF ROAD
SOUTH RIDING, VA 20152
Contact: JOHN PARK
Phone: (703) 668-2190  Ext:
Fax #:
On Site Contact: JOHN PARK
Managers: LISA SLOTKIN, CA
REGINA POWELL, CS
Billing Name: AMVISION
Billing Type: CASH/CHECK
Acct #: 77151

Event Name: NEWYEARS EVE GALA
Date: FRIDAY, DECEMBER 31, 2004
Time: 8:30PM TO 2:00AM
Room: REGENCY/COLUMBIA FOYER

Attendance: 150/150

Agenda: Dinner Buffet Set Up: 8:30pm-10:30pm

Payment Instructions: RECEIVED CHECK #1054 IN THE AMOUNT OF $10,000.00 FOR DEPOSIT....THE REST IS GUARANTEED TO BE PAID 10 BUSINESS DAYS PRIOR TO EVENT.

Prices are Subject to 20% Service Charge and Appropriate Sales Tax. A final guarantee is required by 12 Noon (2) two working days prior. This number is not subject to reduction. In the event we are not notified, the figure listed on this event order will be used as the guarantee. The hotel cannot be responsible for service to more than 3% over the guarantee.

### FOOD

**8:30PM-10:30PM: BUFFET DINNER**

DINNER BUFFET
BP 1

Monumental Dinner Buffet

Classic Caesar Salad
Crisp Romaine Lettuce, Fresh Parmesan, Herb Croutons,
Black Pepper, Chef's Classic Caesar Dressing

Tortellini Salad
with Sun-dried Tomatoes, Artichokes, Olives and Mushrooms

Sliced Fresh Seasonal

Tuscany Chicken Braciola Filled
with Spinach and Feta Cheese

Vegetarian Lasagna

Sliced Sirloin of Beef, Rosemary Wild Mushroom Sauce

Oven Roasted Ratatouille of Italian Vegetables

Chef's Selection of Starch

White Pizza Sticks, Fresh Rolls and Garlic Bread

Dessert Selection to Include:
Chocolate-Chocolate Cake, Apple Tart, New York Style Cheesecake, Pecan Pie and Key Lime Pie

Freshly Brewed Starbucks Coffee, Decaffeinated Coffee and Herbal Teas
@ $58.00 / Person

**8:30PM-10:30PM: RECEPTION**

DINNER BUFFET
BP 1

TROPICAL FRUIT DISPLAY
A Display of Assorted Sliced Seasonal Fruit
with Orange Anglaise and Chocolate Fondue
(to serve 110 ppl)
@ $6.50 / Person

INTERNATIONAL CHEESE BOARD
Assorted Domestic and Imported Cheeses
Sliced Baguettes, Breadsticks and Crackers
(to serve 100ppl)
@ $6.25 / Person