## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

**John Park, et. al.**

        Plaintiffs,

**v.**                                    **Civil Action No.: 06-179 RWR**
                                          Judge Richard W. Roberts
                                          Next Event: Initial Disclosures
**Hyatt Corporation**                     April 30, 2006

        Defendant


## PLAINTIFF'S RULE 26(a) (1) DISCLOSURE STATEMENT

**COMES NOW** plaintiffs, by and through counsel, The Law Offices of Harold Brazil & Associates, P.C., and hereby submit their Preliminary Rule 26(a) (1) Disclosure Statement. Plaintiffs expressly reserve the right to supplement, if necessary, this Statement pending completion of discovery as follows:

A.  Witnesses

    1.     Witnesses listed on defendant's Disclosure Statement.

    2.     Plaintiffs

    3.     Joseph Murgalo, Jr.
             Hyatt Regency Washington
             400 New Jersey Avenue, N.W.
             Washington, D.C.  20001

    4.     Anh Dinh
             charlesanh@yahoo.com

B.    Documents

      1.      Documents generated by defendant, including the signed catering contract, calculations and banquet prospectus', written and electronic correspondence between the parties. Also, complaints

C.      Computations

      1.      Contract losses (forgone income)      TBD

      2.      Tortuous Interference with Contract      TBD

      3.      Emotional Distress      TBD

      4.      Discrimination      TBD

      5.      Punitive Damages      TBD (Not More Than 10 x Actual Damages).

D.      Insurance Policy

      Not Applicable.

E.      Exemptions

Communications/Correspondence between Attorney and Clients; Work Product.

Respectfully submitted,

**Law Office of Harold Brazil & Associates, P.C.**

_____

Harold Brazil      #190124
1828 L Street, N.W., Suite 500
Washington, D.C. 20036
(202) 429-1727  FAX  429-1728
brazillaw@msn.com
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 29th day of April 2006, I served by first class

mail, postage prepaid, a copy of the Plaintiffs'26 (a) (1) Disclosure Statement to:

> Christopher E. Hassell, Esquire
> 1250 Eye Street, N.W.
> Suite 600
> Washington, D.C. 20005
> ***Attorney for Defendant***

_____

Harold Brazil