UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

JOHN PARK, et al.

  Plaintiffs,

v.                 Case No.: 06-179 (RWR)
                   Judge Richard Roberts

HYATT REGENCY WASHINGTON

  Defendant.

### DEFENDANT'S MOTION TO COMPEL PLAINTIFFS' WRITTEN DISCOVERY RESPONSES

COMES NOW, Defendant, **HYATT CORPORATION ("HYATT")**, by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and pursuant to Rules 33, 34 and 37 of the Federal Rules of Civil Procedure moves this Court for entry of an Order compelling Plaintiffs John Park and Phillip Park to produce Answers to Hyatt's First Set of Interrogatories to Plaintiffs and Responses to Hyatt's First Set of Requests for Production of Documents to Plaintiffs, and for taxation upon Plaintiffs for reasonable expenses and attorney's fees incurred in the making of this Motion.

1. In support of the relief herein requested, Defendant respectfully refers the Court to the attached Memorandum of Points and Authorities, which is incorporated herein by reference.

WHEREFORE: Defendant Hyatt Regency Washington respectfully requests entry of an Order requiring Plaintiffs to provide full and complete discovery responses within ten (10) days of date of said Order, and requiring Plaintiffs to pay attorneys fees in the amount of Two Hundred Fifty Dollars ($250.00) to cover the preparation of the instant motion.

## FRCP 37 AND LCR 7 (m) CERTIFICATION

I certify that I have in good faith conferred with the party not making the disclosure in an effort to secure the disclosure without court action.

_____
Christopher E. Hassell

## ERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC  20036

_____
Christopher E. Hassell

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

JOHN PARK, et al.           :
                            :
    Plaintiffs,           :
                            :
v.                          :    Case No.: 06-179 (RWR)
                            :    Judge Richard Roberts
                            :
HYATT REGENCY WASHINGTON    :
                            :
    Defendant.            :

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HYATT CORPORATION'S MOTION TO COMPEL PLAINTIFFS' WRITTEN DISCOVERY RESPONSES

### I.    Introduction

This case arises out of a New Years Eve event which took place at the Hyatt Regency of Washington (hereinafter the "Hyatt") on December 31, 2004. Plaintiffs contracted to use the Hyatt for their New Years party, which was to include a cash bar and dinner buffet. Plaintiffs were the promoters for the event, meaning they sold tickets to the event and were attempting to profit from the event. Plaintiffs allege that Defendant failed to meet the agreed terms of the contract by, inter alia, failing to provide enough food and unilaterally raising the price of drinks.

On April 4, 2006, Defendant Hyatt propounded its First Set of Interrogatories upon Plaintiffs John Park and Phillip Park and Requests for Production of Documents to Plaintiffs. Plaintiffs have failed to provide responses to Hyatt's written discovery requests as of the date of filing this Motion.

## II. Argument

Rule 33 of the Federal Rules of Civil Procedure provides that any party served with Interrogatories must serve a copy of the answers and objections within 30 days after the service of the Interrogatories. Rule 34 of the Federal Rules of Civil Procedure requires that any party served with Requests for the Production of Documents respond within 30 days after service of the requests. The Federal Rules of Civil Procedure, pursuant to Rule 37, further provide that a party, upon reasonable notice to other parties, may apply for an order compelling discovery when a party fails to answer an interrogatory submitted pursuant to Rule 33 or fails to permit inspection or production of a document submitted pursuant to Rule 34. Pursuant to Rule 37, the court may also require the party whose conduct necessitated the motion to pay the reasonable expenses and attorney's fees of the moving party.

In this case, counsel for Hyatt has propounded discovery in a timely fashion upon Plaintiffs as required by the Rules of the Court on April 3 2006. Plaintiffs, therefore, had until April 7, 2006 to file responses and produce documents. As of the filing of this Motion, Plaintiffs have not answered or produced documents in response to Defendant's discovery requests. Accordingly, pursuant to Rule 37, Defendant respectfully requests that this Court enter an Order compelling Plaintiffs to respond to Defendant's pending discovery requests and for costs incurred in the making of the foregoing Motion.

## III. Conclusion

WHEREFORE, based on the foregoing, and for other good cause shown, Defendant Hyatt respectfully requests that this Court grant the instant Motion and enter an Order compelling Plaintiffs to provide responses to the Interrogatories and Requests for Production of

151142-1

151142-1

Documents served on April 4, 2006 and tax upon Plaintiffs Two Hundred Fifty Dollars ($250.00) for reasonable expenses and attorney's fees incurred in making this motion.

Respectfully submitted, this 2nd day of June, 2006,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Christopher E. Hassell / JTK

Christopher E. Hassell, Esquire #291641
1250 Eye Street, NW, Suite 600
Washington, DC 20005
(202) 712-7000
(202) 712, 7100 (f)
**Counsel for Hyatt Regency Washington**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JOHN PARK, et al. | : |
|   Plaintiffs, | : |
| v. | : Case No.: 06-179 (RWR) |
| | : Judge Richard Roberts |
| | : Next Event: Status Conf. |
| HYATT REGENCY WASHINGTON | : 3/30/06 |
| | : |
|   Defendant. | : |

**ORDER**

UPON CONSIDERATION OF Defendant Hyatt Regency Washington's Motion to Compel Discovery Responses from Plaintiffs John Park and Phillip Park, any Opposition thereto, and the facts and law considered, it is by the Court this _____ day of _____, 2006, hereby

**ORDERED** that said motion is **GRANTED**; and it is further:

**ORDERED** that Plaintiffs John Park and Phillip Park shall provide complete responses to Defendant's Interrogatories and all Plaintiff's shall provide complete responses to Defendant's Requests for Production of Documents within ten (10) days of the date of this Order; and it is further:

**ORDERED** that Plaintiffs John Park and Phillip Park shall pay Defendant _____ for reasonable expenses and attorney's fees incurred in the making of Hyatt Regency Washington's Motion to Compel Plaintiffs' Written Discovery Responses.

**SO ORDERED.**

_____
U.S. District Court Judge Roberts

151142-1

Copies to:

Christopher E. Hassell, Esq.
Bonner Kiernan, Trebach & Crociata, LLP
1250 Eye Street, NW, Suite 600
Washington, DC 20005

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC 20036

151142-1