UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

JOHN PARK, et al.            :
                             :
    Plaintiffs,              :
                             :
v.                           :     Case No.: 06-179 (RWR)
                             :     Judge Richard Roberts
                             :
HYATT REGENCY WASHINGTON     :
                             :
    Defendant.               :

**DEFENDANT'S MOTION TO COMPEL
PLAINTIFFS JOHN PARK, PHILLIP PARK AND AFTER SIX ENTERTAINMENT'S
RULE 26(a)(1) INITIAL DISCLOSURES**

COMES NOW, Defendant, **HYATT CORPORATION ("HYATT")**, by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and pursuant to Rules 26(a)(1) and 37 of the Federal Rules of Civil Procedure moves this Court for entry of an Order compelling Plaintiffs John Park and Phillip Park to produce complete initial disclosures, and for taxation upon Plaintiffs for reasonable expenses and attorney's fees incurred in the making of this Motion.

In support of the relief herein requested, Defendant respectfully refers the Court to the attached Memorandum of Points and Authorities, which is incorporated herein by reference.

1.	Plaintiffs John Park, Phillip Park and After Six Entertainment, Inc. filed a seven count Complaint alleging breach of contract, tortious interference with contract, negligent infliction of emotional distress, intentional infliction of emotional distress, violation of the D.C. Human Rights Act and federal law, discrimination, and punitive damages as a result of conduct which allegedly occurred at a New Year's Eve Celebration being held at the Hyatt Regency Washington.

2. On or about February 1, 2006, the case was removed to the United States District Court for the District of Columbia.

3. On or about May 4, 2006, Defendant Hyatt Regency Washington received Plaintiffs Rule 26(a)(1) Disclosure Statement.

4. Plaintiffs' Rule 26(a)(1) Disclosure Statement is incomplete and fails to follow the guidelines as set forth by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

5. Pursuant to Rule 37 of the Federal Rules of Civil Procedure, a party may move to compel disclosure and for appropriate sanctions when a party fails to make a disclosure as required by Rule 26(a) of the Federal Rules of Civil Procedure.

WHEREFORE: Defendant Hyatt Regency Washington respectfully requests entry of an Order requiring Plaintiffs to provide a full and complete Initial Disclosure statement in compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, and requiring Plaintiffs to pay attorneys fees in the amount of Two Hundred Fifty Dollars ($250.00) to cover the cost of preparing the instant motion.

### FRCP 37 and LCR 7(m)CERTIFICATION

I certify that I have in good faith conferred with the party not making the disclosure in an effort to secure the disclosure without court action.

_____
Christopher E. Hassell

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC 20036

                                        _Christopher E. Hassell / JTK_
                                        Christopher E. Hassell

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JOHN PARK, et al. | : |
| | : |
|     Plaintiffs, | : |
| | : |
| v. | :   Case No.: 06-179 (RWR) |
| | :   Judge Richard Roberts |
| | :   Next Event: Status Conf. |
| HYATT REGENCY WASHINGTON | :   3/30/06 |
| | : |
|     Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF HYATT CORPORATION'S MOTION TO
COMPEL PLAINTIFFS JOHN PARK, PHILLIP PARK AND AFTER SIX
ENTERTAINMENT'S RULE 26(a)(1) INITIAL DISCLOSURES**

I.  **Introduction**

    This case arises out of a New Years Eve event which took place at the Hyatt Regency Washington (hereinafter the "Hyatt") on December 31, 2004.  Plaintiffs contracted to use the Hyatt for their New Years party, which was to include a cash bar and dinner buffet.  Plaintiffs were the promoters for the event, meaning they sold tickets to the event and were attempting to profit from the event.  Plaintiffs allege that Defendant failed to meet the agreed terms of the contract by, inter alia, failing to provide enough food and unilaterally raising the price of drinks.

    On or about April 29, 2006, Plaintiffs filed Plaintiffs' Rule 26(a)(1) Disclosure Statement.  However, the statement fails to comply with Rule 26(a)(1) as it is almost completely devoid of any information.

151151-1

## II. Argument

Rule 26(a)(1) of the Federal Rules of Civil Procedure provides that all parties must provide other parties with certain basic information without awaiting discovery. Specifically, parties must provide,

> (A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;
> (B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;
> (C) a computation of any category of damages claimed by the disclosing party, making available documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and
> (D) for inspection and copying as under Rule 24 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.
> (E)

Plaintiffs Rule 26(a)(1) Disclosure Statement lists five headings: Witnesses, Documents, Computations, Insurance Policy, and Exemptions. Under the heading of "Witnesses," Plaintiffs (1) fail to provide any phone numbers, (2) fail to provide addresses for themselves and (3) provide only an e-mail address for a witness named Anh Dinh. (See pg. 1 of Plaintiffs' Rule 26(a)(1) Disclosure Statement; attached hereto as Exhibit A.)

Under the heading "Documents," Plaintiffs write "Documents generated by Defendant, including the signed catering contract, calculations and banquet prospectus', written and electronic correspondence between the parties. Also, complaints". (See Ex. A.) As such, Plaintiffs fail to satisfy Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure because they have not provided copies of, descriptions or locations for any of the information identified.

Under the heading "Computation," Plaintiffs provide no information and write that such computations have yet to be determined, indicated by the use of the abbreviation "TBD". (See pg. 2 of Ex. A.) Therefore, Plaintiffs have failed to satisfy any of the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

### III. Conclusion

WHEREFORE, based on the foregoing, and for other good cause shown, Defendant Hyatt respectfully requests that this Court grant the instant Motion and enter an Order compelling Plaintiffs to provide an Initial Disclosure Statement which complies with the Federal Rules of Civil Procedure and tax upon Plaintiffs Two Hundred Fifty Dollars ($250.00) reasonable expenses and attorney's fees incurred in preparing this motion.

Respectfully submitted, this 2nd day of June, 2006.

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_Christopher E. Hassell / JMK_
Christopher E. Hassell, Esquire #291641
1250 Eye Street, NW, Suite 600
Washington, DC 20005
(202) 712-7000
(202) 712, 7100 (f)
**Counsel for Hyatt Regency Washington**

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

John Park, et. al.

        Plaintiffs,

v.

Hyatt Corporation

        Defendant

Civil Action No.: 06-179 RWR
Judge Richard W. Roberts
Next Event: Initial Disclosures
April 30, 2006

## PLAINTIFF'S RULE 26(a) (1) DISCLOSURE STATEMENT

**COMES NOW** plaintiffs, by and through counsel, The Law Offices of Harold Brazil & Associates, P.C., and hereby submit their Preliminary Rule 26(a) (1) Disclosure Statement. Plaintiffs expressly reserve the right to supplement, if necessary, this Statement pending completion of discovery as follows:

A. Witnesses

    1. Witnesses listed on defendant's Disclosure Statement.

    2. Plaintiffs

    3. Joseph Murgalo, Jr.
       Hyatt Regency Washington
       400 New Jersey Avenue, N.W.
       Washington, D.C. 20001

    4. Anh Dinh
       charlesanh@yahoo.com

B. Documents

    1. Documents generated by defendant, including the signed catering contract, calculations and banquet prospectus', written and electronic correspondence between the parties. Also, complaints


EXHIBIT A

C. Computations

    1. Contract losses (forgone income)     TBD

    2. Tortuous Interference with Contract     TBD

    3. Emotional Distress     TBD

    4. Discrimination     TBD

    5. Punitive Damages     TBD (Not More Than 10 x Actual Damages).

D. Insurance Policy

    Not Applicable.

E. Exemptions

    Communications/Correspondence between Attorney and Clients; Work Product.

Respectfully submitted,

*Law Office of Harold Brazil & Associates, P.C.*

Harold Brazil     #190174
1828 L Street, N.W., Suite 500
Washington, D.C. 20036
(202) 429-1727  FAX  429-1728
brazillaw@msn.com
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 29th day of April 2006, I served by first class mail, postage prepaid, a copy of the Plaintiffs' 26 (a) (1) Disclosure Statement to:

>Christopher E. Hassell, Esquire
>1250 Eye Street, N.W.
>Suite 600
>Washington, D.C. 20005
>*Attorney for Defendant*

_____
Harold Brazil

3

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

JOHN PARK, et al.          :
                           :
    Plaintiffs,          :
                           :
v.                         :          Case No.: 06-179 (RWR)
                           :          Judge Richard Roberts
                           :          Next Event: Status Conf.
HYATT REGENCY WASHINGTON   :          3/30/06
                           :
    Defendant.           :

### ORDER

UPON CONSIDERATION OF Defendant Hyatt Regency Washington's Motion to Compel Plaintiffs' Initial Disclosure Statement, any Opposition thereto, and the facts and law considered, it is by the Court this _____ day of _____, 2006, hereby

**ORDERED** that said motion is **GRANTED**; and it is further:

**ORDERED** that Plaintiffs John Park and Phillip Park shall provide an Initial Disclosure Statement consistent with Rule 26(a)(1) of the Federal Rules of Civil Procedure within ten (10) days of the date of this Order; and it is further:

**ORDERED** that Plaintiffs John Park and Phillip Park shall pay Defendant Hyatt Regency Washington _____ for reasonable expenses and attorney's fees incurred in the making of Hyatt Regency Washington's Motion to Compel Plaintiffs' Written Discovery Responses.

**SO ORDERED**.

_____
U.S. District Court Judge Roberts

Copies to:

Christopher E. Hassell, Esq.
Bonner Kiernan, Trebach & Crociata, LLP
1250 Eye Street, NW, Suite 600
Washington, DC 20005

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC 20036