UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al.  :
 :
    Plaintiffs,  :
 :
v.  :  Case No.: 06-179 (RWR)
 :  Judge Richard Roberts
 :
HYATT REGENCY WASHINGTON  :
 :
    Defendant.  :

### PRAECIPE REGARDING CHANGE OF ADDRESS

The Clerk of the Court will please take notice that counsel of record for the Defendants, has a change of address effective **July 1, 2006**. Please address all future pleadings, correspondence, etc., for this matter to the address listed below:

    Christopher E. Hassell, #291641
    **BONNER KIERNAN TREBACH & CROCIATA, LLP**
    1233 20th Street, N.W., Suite 800
    Washington, D.C. 20036
    (202) 712-7000 Telephone
    (202) 712-7100 Facsimile

    Respectfully submitted,

    **BONNER KIERNAN TREBACH & CROCIATA, LLP**

    /s/ Christopher Hassell / by sue
    _____
    Christopher E. Hassell, Esquire #291641
    1250 Eye Street, NW, Suite 600
    Washington, DC 20005
    (202) 712-7000
    (202) 712, 7100 (f)
    **Counsel for Hyatt Corporation**

152047-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC 20036

Christopher E. Hassell