UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN PARK, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No.: 06-179 (RWR) |
| | : | Judge Richard Roberts |
| | : | Next Event: Discy Closes |
| HYATT REGENCY WASHINGTON | : | August 31, 2006 |
| | : | |
| Defendant. | : | |

## PLAINTIFFS' RESPONSE TO DEFENDANT HYATT CORPORATION'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS PHILIP PARK, JOHN PARK AND DC NITES

1. State your name, address, date of birth, marital status and social security number.

**Response**

**Philip Park**
**11310 Westbrook Mill Lane**
**Unit 202**
**Fairfax, VA 22030**
**July 19, 1970**
**Single**
**SS #** ▮▮▮▮▮▮▮▮▮

**John Park**
**1390 V St, NW #205**
**Washington, DC 20009**
**DOB 1-16-72**
**Single**
**SS#** ▮▮▮▮▮▮▮▮▮

2. By whom were you employed, and what were your duties and wages at the time of this occurrence?

1

147573-1

**Response**

**Objection: irrelevant. Without waiving such objection, Philip Park was employed by BenefitNationInc., Dulles, VA. As a Web? Graphic Developer. John Park was also employed.**

3. State the names of all your employers for the past ten years, your wages and duties for each such employment, and the reason for termination of any employment.

**Response**

**Objection: irrelevant. This is not an employment case. This interrogatory seeks information that will not lead to discoverable information.**

4. State all addresses at which you have resided for the past ten years, and the dates thereof.

**Response**

**Objection: overbroad; irrelevant. Without waiving such objection, John Park's past addresses are:**

5300 Jule Star Drive
Centreville, VA 20120

5680 Ravenel Lane
Springfield, VA 22151

**Philip Park's past addresses are:**

8010 Wingate Drive
Glenn Dale, MD 20769

2059 Huntington Ave #1210
Alexandria, VA 22303

10207 Meredith Circle #208
Burke, VA 22015

5. Name those persons who have given you signed or recorded statements concerning the occurrence.

**Response**

**No one. But, Anh Dinh sent an email complaining about the event at the Hyatt which is the subject of the dispute between the parties.**

6. Name any person, not heretofore mentioned, having personal knowledge of information regarding liability, causation or the claims for damages in this action and include a brief statement of those facts of why the person has knowledge.

**Response**

| | |
|---|---|
| **Nae Wang** | **Circumstances surrounding the event** |
| **Elizabeth Hok** | **Same** |
| **Sang Kook Ra** | **Same** |
| **Sang Ik Ra** | **Same** |
| **Jonathan Bagg** | **Same** |
| **Patrick Fields** | **Same** |
| **Fazel Kahn** | **Same** |
| **Tae Kim** | **Same** |
| **D.C. Hot Spots** | **Prior Incidents with Hyatt** |

7. State whether you have within your possession or control photographs, plats, diagrams of the scene, or objects connected with the said occurrence and attach copies thereof.

**Response**

**Yes. Will be supplied.**

8. State with precision the nature of any bodily injuries, emotional distress, or injury to reputation sustained by you and a result of the occurrence, and the nature of any present complaints or symptoms, and identify each person and each document that will support your answer.

**Response**

**Because of Hyatt's breach of contract and discriminatory treatment, plaintiff's can not hold events like the subject New Year's Eve party because the word is out in the Asian community that plaintiffs put on bad events, such as high drink prices, unpleasant dining experiences, and other unpleasant things associated with their events such as locking people out of their rooms. In addition, plaintiffs have suffered the emotional and psychological injuries associated with such an unpleasant event and experience, including a damaged reputation.**

9. Itemize the expenses paid or incurred by you as a result of the occurrence, and, also, any other monetary loss (including loss of said will or earning potential) claimed by you, and identify all bills, receipts and other documents supporting such claims.

**Response**

Expenses (These figures may be supplemented or modified):

| Item | Description | Cost |
|---|---|---|
| Djs | 4 Djs total<br>Brian ($600)<br>Dominique ($400)<br>Dj Sneak ($200)<br>Dj Jae ($400) | $1600 |
| Hotel Employee labor | 5 Cashier @ $155<br>10 Bartenders @ $210<br>6 In house security @ $35 /hr<br>2 metro police @ $45 / hr | $775<br>$2,100<br>$1,470<br>$630 |
| Lighting and Sound | Provided by Nomad Lights and Sound | $8,500 |
| Flyers | 5,000 4x8 flyer design | $325.50 |
| Flyer Design | 1 hr at $50 | $50 |
| New Year's Eve web site | 10 hrs at $50 an hr | $500 |

| | | |
|---|---|---|
| Color Posters | 40 11x17 color prints | $74 |
| Black and White Posters | 30 11x17 bw prints | $23 |
| Newspaper Ad | Full page ad in Korean newspaper 4 weeks | $600 |
| NYE Tickets Prints | 1500 Ticket prints | $418.10 |
| Wrist Bands | 2 boxes | $78.79 |
| Party Favors | Poppers, Horns, Hats, etc. | $640 |
| Helium Tank | Rental For Balloon set up | $135.92 |
| Radio Ad | Hot 99.5 | $2,050 |
| NYE Sponsorship Media Kit | Brochure about sponsoring NYE Event | $90 |
| Staff Badges/Paid Ink Stamps | Design, lamination, badges, stamps | $59 |
| Champagne | For 400 people | $2,000 |
| Food | Fruit and cheese for 300 guests | $2,787.50 |
| | Dinner for 150 guests | $11,692 |
| | VIP Table | $455.40 |
| Coat check tickets | | $105 |
| Remainder of Hotel Deposit | | $40,000 |
| Business Card Stationary | 1 box | $21.00 |
| | Total: | 77180.21 |

Of the $40,000 in security deposit, we were due back $40,000 - $21,909.90 = $18,090.10 Labor @ $4,975 + Food & champagne @ $16,934.90 = $21,909.90

In addition, improper organization by security at the entrance caused plaintiffs to lose money. For example, guests were, at one point, cramming to the downward escalator leading to the ballroom level without properly checking for tickets.

10. Name all physicians hospitals, or other healthcare provider which have given you treatment as a result of the occurrence.

**Response**

**None.**

11. State the names and addresses of all experts you expect to call as witnesses to the trial of this matter and state the subject matter on which the expert is to testify, the substance of the facts and opinions to which the expert is to testify, and a summary of the grounds for each opinion.

**Response**

**At this time, plaintiffs do not intend to call expert witnesses at trial.**

12. Describe in detail any conversations, discussions or statements (oral, written, and/or recorded) by Defendants, and/or any agent, servant or employee of the defendants who could be construed as, or admitted as, evidence during the trial of this case as a party admission and/or admission against interest. As to each such statement, state the substance of each statement, the place and date when the statement was made, and identify the person making the statement, the person to whom it was made, and all documents concerning the statement.

**Response**

**There were on-going conversations and statements made by Hyatt employees including, but not limited to, Lisa Slotkin, Adrian, Director of Catering, and Regina Powell. E.g., Buffet and bars were not what the parties agreed on; providing food for 490( 150+ 490 additional persons for a total 640)without authorization; liquor prices were not what was discussed/agreed; security was not what was agreed upon; balance sheets were inconsistent, etc.**

13. Have you ever filed any other claim or lawsuit against any individual or company? If so, state the name of the individual or company, the date of the claim or lawsuit, the court and jurisdiction where suit was filed and the case number, the circumstances of the claim or lawsuit, and the outcome thereof.

**Response**

**Objection: irrelevant; overbroad, i.e. not limited by time, circumstance, type of claim, etc. Without waiving such objection, no.**

14. State whether you have ever been arrested and/or charged with a criminal offense, and/or convicted of a criminal offense, and if so, state the nature of the alleged offense, the

jurisdiction of the alleged offense, the case number of any proceeding to adjudicate the offense; and the disposition of any proceeding related to the offense.

**Response**

**Objection: irrelevant.**

15. State with specificity and detail the other times both before and after the occurrence you have contracted with a hotel or other establishment for a party or function in any way similar to the party referred to in your Complaint (Include the date of the function, the hotel or establishment where it was held, and the final cost to you of the party or function).

**Response**

**Objection: irrelevant. Without waiving such objection, Philip Park held a previous New Years Eve event.**

16. State with specificity and in detail each and every unilateral change that you contend Defendant made as alleged in Paragraph 7 of your Complaint.

**Response**

**1.   Buffet station was moved to Columbia Foyer without our authority. Buffet was agreed to be placed in the Regency Foyer and cash bars were to be placed in the Columbia Foyer.**

**2.   Defendant claimed to have provided extra food for 640 people within 2 hr without client's authorization**

**3.   Raised the drink prices**

**4.   Defendant kept changing the settlement papers, inaccurate numbers, trying to tax and add 20% gratuity to client for all the drinks sold.**

**Also see the response to Interrogatory 12. Response may be supplemented.**

17. State the number of attendees you told Defendant you expected to attend the buffet dinner referred to in Paragraph 10 of your Complaint.

**Response**

**Approximately 100 people.**

18. State the number of actual persons who attended the buffet dinner referred to in Paragraph 6 of your Complaint (if an exact number is not known, please give an estimate).

**Response**

**Objection: calls for speculation. Without waiving such objection, approximately 100 people. Defendant stated that they provided food for 50 to 100 extra people.**

19. State with specificity and in detail the factual basis for your contention that you failed to received "equal treatment and equal enjoyment of [the] hotel facilities" due to your relevant national origin all alleged in Paragraphs 38, 29 and 42 of your Complaint.

**Response**

**1.     Some examples follow: Defendant's employees referred to plaintiffs as "young men", "you people" and "can you guys not afford it". Defendant does not refer to or treat Caucasian men in this condescending manner.  Also defendant charged higher drink prices on plaintiffs guests compared to the hotel's guests at upstairs bar.**

**2.     Locked Asian guests out of rooms.**

20. State with specificity and in detail the factual basis for your allegation that "Defendant acted with evil motive, actual malice or in willful disregard to the rights of Plaintiff and the attendees" as alleged in Paragraphs 45 and 48 of your Complaint.

**Response**

**See Response to above interrogatories.**

**Pursuant to 28 U.S.C. Section 1746, I declare under the pain and penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Executed this _____ day of June, 2006 in the District of Columbia.

_____
Philip Park
Plaintiff

**Pursuant to 28 U.S.C. Section 1746, I declare under the pain and penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Executed this _____ day of June, 2006 in the District of Columbia.

_____
John Park
Plaintiff

**Pursuant to 28 U.S.C. Section 1746, I declare under the pain and penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Executed this _____ day of June, 2006 in the District of Columbia.

_____
D.C. Nites, President
Plaintiff

Respectfully submitted,
**Law Offices of Harold Brazil & Assoc. PC**

_____
Harold E. Brazil, Esquire
Law Offices of Harold Brazil & Assoc. PC
1325 G Street, NW
Suite 500
Washington, DC  20005
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

>Christopher E. Hassell, Esquire
>1250 Eye Street, NW, Suite 600
>Washington, DC  20005
>**Counsel for Hyatt Corporation**

_____
Harold Brazil