UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PARK, et al. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case No.: 06-179 (RWR) |
| : | Judge Richard Roberts |
| : | Next Event: Discy Closes |
| HYATT REGENCY WASHINGTON : | August 31, 2006 |
| : | |
| Defendant. : | |

# PLAINTIFFS' RESPONSE TO DEFENDANT HYATT CORPORATION'S REQUESTS FOR PRODUCTION OF DOCUMENTS

1. All records of any investigation undertaken by or on behalf of Plaintiff regarding the occurrence, including any reports.

    **Response**

    **Objection: work product rule and preparation in anticipation at trial. Without waiving such objection, none.**

2. All photographs related to this occurrence, plats or diagrams of the scene and/or any other tangible objects associated with the incident.

    **Response**

    **Plaintiff will supply; current email not in readable format.**

3. A current *curriculum vitae* of each expert witness who will testify on your behalf at trial.

    **Response**

    **At present, plaintiff does not anticipate calling an expert witness.**

147590-1

4. All witness statements identified in response to the accompanying Interrogatories.

**Response**

**Objection: work product rule. Without waiving such objection, none.**

5. All diaries, calendars, books, ledgers, records, personal notes, or other documents or collections of documents prepared by you subsequent to the occurrence which describe, either directly or indirectly, your physical and/or mental condition, the incident and/or your impressions of the incident, and/or any other matters related to your claim.

**Response**

**None, except communications between attorney and client.**

6. Your personal and business calendar for all dates subsequent to the occurrence.

**Response**

**Objection: irrelevant. Without waiving such objection, none.**

8. All documents which form the evidentiary basis for the itemization of damages set forth in response the accompanying Interrogatories.

**Response**

**Objection: vague and premature at this stage of the litigation. Without waiving such objection, see enclosed documents.**

7. All medical records and reports describing the nature and extent of the injuries allegedly sustained by you as a result of the occurrence.

**Response**

**None.**

147590-1

8. All documents concerning other litigation in which you have been involved as set forth in response to the accompanying Interrogatories.

**Response**

**Objection: irrelevant. Without waiving such objection, none.**

9. All reports, records, calculations or other documents connected or relating to any claim for future monetary (including income) loss.

**Response**

**See enclosed documents.**

10. Your local, state, and federal income tax returns, and your Federal and State W-2 forms and Federal W-4 forms, for the four years prior to this incident and for each year subsequent to the incident.

**Response**

**Objection: irrelevant; proprietary information; overbroad. Without waiving such objection, plaintiffs will supply when received the last three years of the requested information with the agreement by defendant that the information will not be disclosed or disseminated outside the context of this litigation.**

11. All documents which were referred to in answering the accompanying Interrogatories.

**Response**

**See enclosed.**

147590-1

12. All documents or records of any written or oral communication (including but not limited to statements) memorializing communication with any person regarding events which took place during or in connection with the occurrence.

**Response**

**See enclosed.**

13. All documents of any communication with Defendant's employees, agents, attorneys or other representatives, by or on behalf of Plaintiff, including but not limited to letters, memoranda, and notes of telephone or other conferences.

**Response**

**Objection: attorney client privilege. Without waiving such objection, see enclosed.**

14. All documents relating to, or pertaining to, or which may be used as evidence at trial, of Plaintiff's injuries and damages, referenced in the Complaint.

**Response**

**Objection: it has not been determined what the evidence will or may be used at trial. Without waiving such objection, see enclosed.**

15. All documents pertaining to any criminal investigation of or proceeding against the Plaintiff, including but not limited to arrests, charges, indictments, and convictions or acquittals.

**Response**

**Objection: irrelevant.**

16. All documents which you contend support any claim of liability and/or causation on the part of this Defendant.

**Response**

147590-1

**Objection: discovery is on-going. Without waiving such objection, see enclosed.**

17. All documents concerning or related to any statement of Defendant or any person you contend was an agent, servant or employee of Defendant concerning the subject matter of this action.

**Response**

**See enclosed.**

        Respectfully submitted,
        **Law Offices of Harold Brazil & Assoc. PC**

        _____
        Harold E. Brazil, Esquire
        Law Offices of Harold Brazil & Assoc. PC
        1325 G Street, NW
        Suite 500
        Washington, DC  20005
        Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

        Christopher E. Hassell, Esquire
        1250 Eye Street, NW, Suite 600
        Washington, DC  20005
        **Counsel for Hyatt Corporation**

        _____
        Harold Brazil

147590-1