UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PARK, et al. | : |
| | : |
|     Plaintiffs, | : |
| | : |
| v. | :  Case No.: 06-179 (RWR) |
| | :  Judge Richard Roberts |
| | :  Next Event: |
| HYATT REGENCY WASHINGTON | : |
|     : | |
|     Defendant. | : |

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on June 12, 2006, I served ,by first class mail, upon counsel for defendant a copy of plaintiffs,' Philip and John Parks and DC NITES, Memorandum of Points and Authorities In Opposition To Defendant's Two Motions To Compel and that I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been denied.

        Respectfully submitted,

        **Law Offices of Harold Brazil & Associates, P.C.**

        _____

        Harold E. Brazil, Esquire
        1325 G Street, NW
        Suite 500
        Washington, DC  20005

147986-1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the17th day of June 2006, a copy of the foregoing was served, first-class mail postage prepaid, to:

>Christopher E. Hassell, Esquire
>1250 Eye Street, NW, Suite 600
>Washington, DC  20005
>**Counsel for Hyatt Corporation**

_____
Harold Brazil

147986-1