UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al.        :
                         :
    Plaintiffs,          :
                         :
v.                       :   Case No.: 06-179 (RWR)
                         :   Judge Richard Roberts
                         :
HYATT REGENCY WASHINGTON :
                         :
    Defendant.           :

### PRAECIPE

The Clerk of the Court will please withdraw Defendant's Motion to Compel as Plaintiff has now provided discovery responses. This withdrawal is without prejudice to subsequent Motions to Compel completed answers to particular discovery requests.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Christopher E. Hassell, Esquire #291641
1250 Eye Street, NW, Suite 600
Washington, DC 20005
(202) 712-7000
(202) 712, 7100 (f)
**Counsel for Hyatt Corporation**

153122-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC  20036

_____
Christopher E. Hassell

153122-1