UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PARK, et al. : | |
|     Plaintiffs, : | |
| v. : | Case No.: 06-179 (RWR) |
| : | Judge Richard Roberts |
| : | Next Event: Status Conf. |
| HYATT REGENCY WASHINGTON : | 3/30/06 |
|     Defendant. : | |

### AMENDED NOTICE OF DEPOSITION

Please take notice that Defendant, Hyatt Corporation, by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, will take the deposition of the following person(s) at the office of Bonner Kiernan Trebach & Crociata, LLP, 1233 20th Street, N.W., Suite 800, Washington, D.C. 20036 or such other place mutually agreed to by counsel at the time and date opposite their names, before an authorized notary public in and for the District of Columbia and that the deponent is subject to the Request as made applicable by reference.

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| **John Park** | Friday, August 1, 2006 | 1:00 p.m. |

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Christopher E. Hassell, Esquire #291641
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (f)
**Counsel for Hyatt Corporation**

152753-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC  20036

_____
Christopher E. Hassell

UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PARK, et al. | : |
| Plaintiffs, | : |
| v. | : Case No.: 06-179 (RWR) |
| | : Judge Richard Roberts |
| HYATT REGENCY WASHINGTON | : |
| Defendant. | : |

### CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on July 17th, 2006, I served via U.S. Mail all counsel hereto a copy of Defendant Hyatt Corporation's Amended Notice of Deposition for John Park and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been denied.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Christopher E. Hassell, Esquire #291641
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (f)
**Counsel for Hyatt Corporation**

153486-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17$^h$ day of July, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC  20036

_____
Christopher E. Hassell

153486-1