UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PARK, et al. | : |
|     Plaintiffs, | : |
| v. | :    Case No.: 06-179 (RWR) |
| | :    Judge Richard Roberts |
| HYATT REGENCY WASHINGTON | :    Next Event: Discovery Closes |
| | :    July 31, 2006 |
|     Defendant. | : |

### JOINT MOTION TO EXTEND DISCOVERY PERIOD NINETY (90) DAYS

COME NOW, Defendant, **HYATT CORPORATION ("HYATT")**, by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and Plaintiffs John Park, Philip Park and After Six Entertainment, Inc., by and through counsel, Law Offices of Harold Brazil & Associates, PC, pursuant to Fed. R. Civ. P. 16(b), and hereby moves this Honorable Court to enter an order to extend the discovery deadline by ninety (90) days. In support of this Motion, the parties refer to the attached Memorandum of Points and Authorities.

WHEREFORE, the parties respectfully request that discovery be extended ninety (90) days.

Respectfully submitted,

Law Offices of Harold Brazil &
Associates, PC

BONNER KIERNAN TREBACH & CROCIATA, LLP

_/s/ Harold Brazil_
Harold E. Brazil, Esquire #190124
1325 G Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 449-7695
**Counsel for Plaintiffs**

_/s/ Christopher E. Hassell_
Christopher E. Hassell, Esquire #291641
1233 20th Street, N.W., 8th Floor
Washington, D.C. 20036
(202) 712-7000
**Counsel for Hyatt Corporation**

1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al.                              :
                                               :
    Plaintiffs,                             :
                                               :
v.                                             :    Case No.: 06-179 (RWR)
                                               :    Judge Richard Roberts
HYATT REGENCY WASHINGTON                       :    Next Event: Discovery Closes
                                               :    July 31, 2006
    Defendant.                              :

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY NINETY (90) DAYS**

COME NOW, Defendant, **HYATT CORPORATION ("HYATT")**, by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and Plaintiffs John Park, Philip Park and After Six Entertainment, Inc., by and through counsel, Law Offices of Harold Brazil & Associates, PC, and pursuant to Fed. R. Civ. P. 16(b), state as follows:

    1.    Plaintiffs John Park, Phillip Park and After Six Entertainment, Inc. filed a seven count Complaint alleging breach of contract, tortious interference with contract, negligent infliction of emotional distress, intentional infliction of emotional distress, violation of the D.C. Human Rights Act and federal law, discrimination, and punitive damages as a result of conduct which allegedly occurred at a New Year's Eve Celebration being held at the Hyatt Regency Washington.

    2.    On or about February 1, 2006, the case was removed to the United States District Court for the District of Columbia.

    3.    On June 30, 2006, the Court issued its Memorandum Opinion and Order ruling on the pending motion.

153688-1

4. The parties have been diligently conducting discovery, and the discovery disputes that have arisen have now been resolved. The parties do not have any discovery disputes at this time, but rather have amicably agreed to extend the discovery deadline by Ninety (90) days.

5. The instant Motion is not brought for purposes of delay, no party will be prejudiced, the business of the court will not be substantially disrupted and the best interests of justice will be served. Indeed, allowing the parties additional time to conduct depositions will ultimately assist in the resolution of this matter.

6. The parties respectfully request that the Court grant the Motion and extend the current discovery deadlines to:

    Discovery Closes             October 31, 2006

    Dispositive Motions          November 30, 2006

7. Additionally, counsel have consulted and suggest any one of the following three dates for a post-discovery status hearing.

    November 10, 2006

    November 17, 2006

    December 4, 2006

WHEREFORE, the foregoing considered, the parties respectfully requests that this Court issue an Order enlarging the scheduling order deadlines by ninety (90) days, which will allow the parties sufficient time to complete discovery.

153688-1

|  |  |
|---|---|
| Law Offices of Harold Brazil & Associates, PC | Respectfully submitted,<br><br>BONNER KIERNAN TREBACH & CROCIATA, LLP |
| *Harold Brazil* (signature)<br>Harold E. Brazil, Esquire #190124<br>1325 G Street, N.W.<br>Suite 500<br>Washington, D.C. 20005<br>(202) 449-7695<br>**Counsel for Plaintiffs** | (signature)<br>Christopher E. Hassell, Esquire #291641<br>1233 20th Street, N.W., 8th Floor<br>Washington, D.C. 20036<br>(202) 712-7000<br>**Counsel for Hyatt Corporation** |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Joint Motion to Extend Discovery Period Ninety (90) Days** was served electronically this 15th day of August, 2006 on:

Harold E. Brazil, Esquire
1325 G Street, NW
Suite 500
Washington, DC  20005

(signature)
Christopher E. Hassell, Esquire

153688-1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PARK, et al. | : |
|     Plaintiffs, | : |
| v. | :   Case No.: 06-179 (RWR) |
| | :   Judge Richard Roberts |
| HYATT REGENCY WASHINGTON | :   Next Event: Discovery Closes |
| | :   July 31, 2006 |
|     Defendant. | : |

### ORDER

UPON CONSIDERATION of the parties' Joint Motion to Extend Discovery Period Ninety (90) Days, the Court this _____ day of _____, 2006 hereby

ORDERED, that the Motion shall be and hereby is GRANTED, and further

ORDERED, that the Scheduling Order shall be extended as follows:

| | |
|---|---|
| Discovery Closes | October 31, 2006 |
| Dispositive Motions | November 30, 2006. |
| Status Hearing | _____ |

_____
Judge, United States District Court for the
District of Columbia

**Copies to:**

Christopher E. Hassell, Esquire
1233 20th Street, N.W., 8th Floor
Washington, D.C. 20036

Harold E. Brazil, Esquire
1325 G Street, NW, Suite 500
Washington, DC  20005