UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al.                                    :

      Plaintiffs,                                  :

                                      :

v.                                                  :    Case No.: 06-179 (RWR)
                                                    :    Judge Richard Roberts
                                                    :    Next Event:

HYATT REGENCY WASHINGTON                             :

      Defendant.                                   :

## NOTICE OF DEPOSITION

Please take notice that Defendant, Hyatt Corporation, by and through counsel, Bonner Kiernan Trebach & Crociata, LLP, will take the deposition of the following person(s) at the office of Bonner Kiernan Trebach & Crociata, LLP, 1233 20th Street, N.W., Suite 800, Washington, D.C.  20036 or such other place mutually agreed to by counsel at the time and date opposite their names, before an authorized notary public in and for the District of Columbia and that the deponent is subject to the Request as made applicable by reference.

| DEPONENT | DATE | TIME |
|---|---|---|
| Philip Park | Thursday, September 14, 2006 | 10:00 a.m. |

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esquire #291641
1233 20th Street, NW, Suite 800
Washington, DC  20036
(202) 712-7000
(202) 712-7100 (f)
**Counsel for Hyatt Corporation**

156420-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Harold E. Brazil, Esquire
Law Offices of Harold Brazil and Associates, P.C.
1325 G Street, N.W.
Suite 500
Washington D.C.  20005

_____
Christopher E. Hassell

156420-1

UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al.                                    :
                                                     :
         Plaintiffs,                                 :
                                                     :
                                                     :
v.                                                   :        Case No.: 06-179 (RWR)
                                                     :        Judge Richard Roberts
                                                     :
                                                     :
HYATT REGENCY WASHINGTON                              :
                                                     :
         Defendant.                                  :

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on August 28, 2006, I served via U.S. Mail all counsel hereto a copy of Defendant Hyatt Corporation's Amended Notice of Deposition for Phillip Park and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been denied.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Christopher E. Hassell, Esquire #291641
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (f)
**Counsel for Hyatt Corporation**

153486-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2006 a true copy of the foregoing was served, first-class mail postage prepaid, to:

Harold E. Brazil, Esquire
Law Offices of Harold Brazil and Associates, P.C.
1325 G Street, N.W.
Suite 500
Washington D.C.  20005

Christopher E. Hassell

153486-1