UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PARK, et al. | : |
|     Plaintiffs, | : |
| v. | :   Case No.: 06-179 (RWR) |
| | :   Judge Richard Roberts |
| HYATT REGENCY WASHINGTON | :   Next Event: Discovery Closes |
| | :   October 31, 2006 |
|     Defendant. | : |

**JOINT MOTION TO EXTEND DISCOVERY PERIOD SIXTY (60) DAYS**

COME NOW, Defendant, **HYATT CORPORATION ("HYATT)**, by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP,** and Plaintiffs John Park, Philip Park and After Six Entertainment, Inc., by and through counsel, Law Offices of Harold Brazil & Associates, PC, pursuant to Fed. R. Civ. P. 16(b), and hereby moves this Honorable Court to enter an order to extend the discovery deadline by sixty (60) days. In support of this Motion, the parties refer to the attached Memorandum of Points and Authorities.

WHEREFORE, the parties respectfully request that discovery be extended sixty (60) days.

Respectfully submitted,

Law Offices of Harold Brazil & Associates, PC

BONNER KIERNAN TREBACH & CROCIATA, LLP

/s/ Harold E. Brazil
Harold E. Brazil, Esquire #190124
1325 G Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 449-7695
**Counsel for Plaintiffs**

/s/ Christopher E. Hassell
Christopher E. Hassell, Esquire #291641
1233 20th Street, N.W., 8th Floor
Washington, D.C. 20036
(202) 712-7000
**Counsel for Hyatt Corporation**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PARK, et al. | : |
|     Plaintiffs, | : |
| v. | :   Case No.: 06-179 (RWR) |
| | :   Judge Richard Roberts |
| HYATT REGENCY WASHINGTON | :   Next Event: Discovery Closes |
| | :   October 31, 2006 |
|     Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY SIXTY (60) DAYS**

COME NOW, Defendant, **HYATT CORPORATION ("HYATT)**, by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP,** and Plaintiffs John Park, Philip Park and After Six Entertainment, Inc., by and through counsel, Law Offices of Harold Brazil & Associates, PC, and pursuant to Fed. R. Civ. P. 16(b), state as follows:

1. Plaintiffs John Park, Phillip Park and After Six Entertainment, Inc. filed a seven count Complaint alleging breach of contract, tortious interference with contract, negligent infliction of emotional distress, intentional infliction of emotional distress, violation of the D.C. Human Rights Act and federal law, discrimination, and punitive damages as a result of conduct which allegedly occurred at a New Year's Eve Celebration being held at the Hyatt Regency Washington.

2. On or about February 1, 2006, the case was removed to the United States District Court for the District of Columbia.

3. On June 30, 2006, the Court issued its Memorandum Opinion and Order ruling on the pending motion.

4. The parties have been diligently conducting discovery, and the discovery disputes that have arisen have now been resolved. The parties do not have any discovery

159568-1

disputes at this time, but rather have amicably agreed to extend the discovery deadline by sixty (60) days.

5. Despite the efforts of the parties in the course of discovery, the amount of investigation that has been required and information that has been requested and provided along with the schedules of the deponents has caused the process to take longer than anticipated. Consequently, there remain documents to be provided by both parties and depositions to be taken of fact witnesses.

6. The instant Motion is not brought for purposes of delay, no party will be prejudiced, the business of the court will not be substantially disrupted and the best interests of justice will be served. Indeed, allowing the parties additional time to conduct depositions will ultimately assist in the resolution of this matter.

6. The parties respectfully request that the Court grant the Motion and extend the current discovery deadlines:

        Discovery Closes        October 31, 2006

        Dispositive Motions        November 30, 2006

7. The parties propose that the Scheduling Order be amended as follows:

        Discovery Closes        December 31, 2006

        Dispositive Motions        January 30, 2007

159568-1

WHEREFORE, the foregoing considered, the parties respectfully request that this Court issue an Order enlarging the scheduling order deadlines by sixty (60) days, which will allow the parties sufficient time to complete discovery.

                                                  Respectfully submitted,

| Law Offices of Harold Brazil & Associates, PC | BONNER KIERNAN TREBACH & CROCIATA, LLP |
|---|---|
| /s/ Harold E. Brazil | /s/ Christopher E. Hassell |
| Harold E. Brazil, Esquire #190124 | Christopher E. Hassell, Esquire #291641 |
| 1325 G Street, N.W. | 1233 20th Street, N.W., 8th Floor |
| Suite 500 | Washington, D.C. 20036 |
| Washington, D.C. 20005 | (202) 712-7000 |
| (202) 449-7695 | **Counsel for Hyatt Corporation** |
| **Counsel for Plaintiffs** | |

159568-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Joint Motion to Extend Discovery Period Sixty (60) Days** was served electronically this 27th day of October, 2006 on:

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC 20036

        /s/ Christopher E. Hassell
        Christopher E. Hassell, Esquire

159568-1