UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al.           :
                            :
    Plaintiffs,          :
                            :
v.                          :          Case No.: 06-179 (RWR)
                            :          Judge Richard Roberts
                            :
HYATT REGENCY WASHINGTON    :
                            :
    Defendant.           :

### MOTION FOR ADMITTANCE OF JUSTIN M. CUNIFF *PRO HAC VICE*

CHRISTOPHER E. HASSELL, ESQUIRE, pursuant to LCvR 83.2(d), hereby moves this Court for an Order permitting JUSTIN M. CUNIFF to appear before this Court *pro hac vice* for the limited purpose of representing the defendant Hyatt Regency Washington.

WHEREFORE CHRISTOPHER E. HASSELL hereby requests this Honorable Court to enter an Order admitting JUSTIN M. CUNIFF to appear *pro hac vice* in the above-captioned matter.

DATED this 4th day of December, 2006.

                                              Respectfully submitted,

| /s/ Christopher E. Hassell | /s/ Justin M. Cuniff |
|---|---|
| CHRISTOPHER E. HASSELL, ESQUIRE | JUSTIN M. CUNIFF, ESQUIRE |
| Bar No. 291641 | *Pro Hac Vice* |
| Bonner Kiernan Trebach & Crociata, LLP | Bonner Kiernan Trebach & Crociata, LLP |
| 1233 20th Street, NW | 1233 20th Street, NW |
| Washington, DC 20036 | Washington, DC 20036 |
| Tel: (202) 712-7000 | Tel: (202) 712-7000 |
| Fax: (202) 712-7100 | Fax: (202) 712-7100 |
| E-Mail: chassell@bktc.net | E-Mail: jcuniff@bktc.net |

## DECLARATION IN SUPPORT OF MOTION FOR ADMITTANCE OF JUSTIN M. CUNIFF *PRO HAC VICE*

In support of the above Motion, Justin M. Cuniff sets forth the following declaration:

1. My full name is Justin McArthur Cuniff.

2. My office is located in the District of Columbia at 1233 20th Street, NW, Suite 800. My telephone number is (202) 712-7000.

3. I have been admitted to the bars of the following courts:

District of Columbia (July 7, 2006)

State of Maryland (December 13, 2005)

United States District Court for the District of Maryland (April 3, 2006)

4. I certify that I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court during the last two years.

6. I engage in the practice of law from an office located in the District of Columbia; I am a member of the District of Columbia Bar and have an application for membership to the United States Court for the District of Columbia pending.

WHEREFORE CHRISTOPHER E. HASSELL hereby requests this Honorable Court to enter an Order admitting JUSTIN M. CUNIFF to appear *pro hac vice* in the above-captioned matter.

161454-1

DATED this 4th day of December, 2006.

Respectfully submitted,

| /s/ Christopher E. Hassell | /s/ Justin M. Cuniff |
|---|---|
| CHRISTOPHER E. HASSELL, ESQUIRE | JUSTIN M. CUNIFF, ESQUIRE |
| Bar No. 291641 | *Pro Hac Vice* |
| Bonner Kiernan Trebach & Crociata, LLP | Bonner Kiernan Trebach & Crociata, LLP |
| 1233 20th Street, NW | 1233 20th Street, NW |
| Washington, DC 20036 | Washington, DC 20036 |
| Tel: (202) 712-7000 | Tel: (202) 712-7000 |
| Fax: (202) 712-7100 | Fax: (202) 712-7100 |
| E-Mail: chassell@bktc.net | E-Mail: jcuniff@bktc.net |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the Motion of Admittance of Justin M. Cuniff *Pro Hac Vice*, this 4th day of December, 2006, to be served, via regular U.S. Mail, postage prepaid, upon:

>Harold E. Brazil, Esquire
>Law Offices of Harold Brazil and Associates, P.C.
>1325 G Street, N.W.
>Suite 500
>Washington D.C.  20005

>/s/ Christopher E. Hassell
>Christopher E. Hassell #291641

161454-1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al. :
:
    Plaintiffs, :
:
v. : Case No.: 06-179 (RWR)
: Judge Richard Roberts
:
HYATT REGENCY WASHINGTON :
:
    Defendant. :

## ORDER GRANTING SPECIAL ADMISSION TO PRACTICE

The Court, having reviewed the Motion of CHRISTOPHER E. HASSELL, ESQUIRE for admission of JUSTIN M. CUNIFF, ESQUIRE *pro hac vice*, and finding the Motion in order, hereby

ORDERS AND ADJUDGES that the Motion be GRANTED and that JUSTIN M. CUNIFF, ESQUIRE shall be permitted admission to practice before this Court in the above-captioned matter.

DONE AND ORDERED this ____ day of _____, 2006.

_____
The Honorable Richard Roberts
UNITED STATES DISTRICT JUDGE

161454-1

Copies furnished to:

Christopher E. Hassell, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, Suite 800
Washington, DC  20036

Justin M. Cuniff, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, Suite 800
Washington, DC  20036

Harold E. Brazil, Esquire
Law Offices of Harold Brazil and Associates, P.C.
1325 G Street, N.W.
Suite 500
Washington D.C.  20005

161454-1