```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

|  |  |  |
|---|---|---|
| JOHN PARK et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-179 (RWR) |
| | ) | |
| HYATT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Circuit Executive has reported that the parties have reached a settlement. In light of that representation, it is hereby

ORDERED that this case be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 6th day of February, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```