UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOHN PARK, et al.                          :
                                           :
    Plaintiffs,                      :
                                           :
v.                                         :    Case No.: 06-179 (RWR)
                                           :    Judge Richard Roberts
HYATT REGENCY WASHINGTON                   :    Next Event:
                                           :
    Defendant.                       :

## NOTICE OF SETTLEMENT

COME NOW, the Parties, Defendant, **HYATT CORPORATION**, by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and Plaintiffs John Park, Philip Park and After Six Entertainment, Inc., by and through counsel, Law Offices of Harold Brazil & Associates, PC, and request that all future hearings be cancelled due to the settlement of the above-captioned matter.

The Parties remain drafting the required settlement documents and will submit a proposed dismissal Order upon completion of the settlement.

                                      Respectfully submitted,

| Law Offices of Harold Brazil & Associates, PC | BONNER KIERNAN TREBACH & CROCIATA, LLP |
|---|---|
| /s/ Harold E. Brazil | /s/ Justin M. Cuniff |
| Harold E. Brazil, Esquire #190124 | Christopher E. Hassell, Esquire #291641 |
| 1776 K Street, NW | Justin M. Cuniff, *pro hac vice* |
| Suite 200 | 1233 20th Street, NW |
| Washington, D.C. 20006 | Suite 800 |
| (202) 429-1727 | Washington, D.C. 20036 |
| **Counsel for Plaintiffs** | (202) 712-7000 |
| | **Counsel for Defendant Hyatt Corporation** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Notice of Settlement** was served electronically this 15th day of February, 2007 on:

Harold E. Brazil, Esquire
1776 K Street, NW
Suite 200
Washington, D.C. 20006

       /s/ Justin M. Cuniff
       Justin M. Cuniff, *pro hac vice*

165337-1