UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN PARK, et al. | : |
| Plaintiffs, | : |
| v. | : Case No.: 06-179 (RWR) |
| | : Judge Richard Roberts |
| HYATT REGENCY WASHINGTON | : |
| Defendant. | : |

**PRAECIPE OF DISMISSAL**

THE CLERK OF THE COURT will please dismiss, with prejudice, the above-captioned case.

Respectfully submitted,

Law Offices of Harold Brazil & Associates, PC

BONNER KIERNAN TREBACH & CROCIATA, LLP

*/s/ Harold E. Brazil*
Harold E. Brazil, Esquire #190124
1776 K Street, N.W.
Suite 200
Washington, D.C. 20006
(202) 429-1727
**Counsel for Plaintiffs**

*/s/ Christopher E. Hassell*
Christopher E. Hassell, Esquire #291641
1233 20th Street, N.W., 8th Floor
Washington, D.C. 20036
(202) 712-7000
**Counsel for Hyatt Corporation**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Praecipe of Dismissal** was served electronically this 23rd day of May, 2007 on:

Harold E. Brazil, Esquire
1828 L Street, NW
Suite 500
Washington, DC 20036

/s/ Christopher E. Hassell
Christopher E. Hassell, Esquire